IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, AND VERIZON SERVICES CORP.<br><br>      Defendants. | CIVIL ACTION NO.: 2:21-cv-315 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**

**MOTION FOR LEAVE TO FILE UNDER SEAL**

      AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiff's Motion to File Under Seal ("Motion") and good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED.

      IT IS SO ORDERED.