# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, AND VERIZON SERVICES CORP.<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:21-cv-00315<br><br>JURY TRIAL DEMANDED |

# PLAINTIFF ENOVSYS LLC'S
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Enovsys LLC hereby advices the Court that it is a privately owned corporation. No publicly held corporation owns ten percent (10%) or more of Enovsys LLC.

Dated: August 20, 2021　　　　　　　　ZHEN LAW FIRM

　　　　　　　　　　　　　　　　　　　By: */s/ Chris J. Zhen*
　　　　　　　　　　　　　　　　　　　Chris J. Zhen (CA BAR# 275575)
　　　　　　　　　　　　　　　　　　　ZHEN LAW FIRM
　　　　　　　　　　　　　　　　　　　5670 Wilshire Blvd #1800
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90036
　　　　　　　　　　　　　　　　　　　Telephone: (213) 935-0715
　　　　　　　　　　　　　　　　　　　chris.zhen@zhenlawfirm.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Enovsys LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Accordingly, this document was served on this the 20th day of August, 2021, on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

By: */s/ Chris J. Zhen*
Chris J. Zhen