# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, AND VERIZON SERVICES CORP. <br><br> Defendants. | CIVIL ACTION NO.: 2:21-cv-00315 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF ENOVSYS LLC'S JURY DEMAND

Pursuant to Civil Rule CV-38(a), Plaintiff Enovsys LLC hereby files this Jury Demand demanding a jury for all issues so triable.

Dated: August 20, 2021            ZHEN LAW FIRM

By: */s/ Chris J. Zhen*
Chris J. Zhen (CA BAR# 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorneys for Plaintiff Enovsys LLC*