IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-cv-315 [JRG] |
| § | |
| VERIZON COMMUNICATIONS, INC., § | |
| VERIZON BUSINESS NETWORK § | |
| SERVICES, INC., VERIZON § | |
| ENTERPRISE SOLUTIONS, LLC, § | |
| CELLCO PARTNERSHIP D/B/A § | |
| VERIZON WIRELESS, INC., VERIZON § | |
| DATA SERVICES LLC, VERIZON § | |
| BUSINESS GLOBAL, LLC and § | |
| VERIZON SERVICES CORP. § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendants VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK, SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC and VERIZON SERVICES CORP. (hereinafter "Defendants") file this unopposed motion for a fifteen-day extension of time in which to respond to Plaintiff's Complaint for Patent Infringement (Dkt. 2), and would respectfully show the Court as follows:

Defendants previously agreed to waive service in exchange for an extension of 60 days to their answer deadline, making Defendants' answers due on October 25, 2021. [Dkt. Nos. 6 – 12] Plaintiff ENOVSYS LLC (hereinafter "Plaintiff") has now agreed to a further fifteen-day extension of time for Defendants to respond to Plaintiff's Complaint for Patent Infringement. Specifically, the parties have agreed to an extension of time up to and including November 9, 2021.

{A50/07484/0078/W1741712.1 }

A proposed Order granting this unopposed motion is attached for the Court's convenience.

| | |
|---|---|
| Date: October 22, 2021 | Respectfully submitted, |

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
(903) 595-2239
(903) 593-0846 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

/s/ Michael E. Jones