IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-cv-315 [JRG] |
| § | |
| VERIZON COMMUNICATIONS, INC., § | |
| VERIZON BUSINESS NETWORK § | |
| SERVICES, INC., VERIZON § | |
| ENTERPRISE SOLUTIONS, LLC, § | |
| CELLCO PARTNERSHIP D/B/A § | |
| VERIZON WIRELESS, INC., VERIZON § | |
| DATA SERVICES LLC, VERIZON § | |
| BUSINESS GLOBAL, LLC and § | |
| VERIZON SERVICES CORP. § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR PATNT INFRINGEMENT**

Before the Court is the Unopposed Motion of Defendants VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK, SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC and VERIZON SERVICES CORP. ("Defendants") to extend the deadline to respond to Plaintiff's Complaint for Patent Infringement (Dkt. 2), up to and including November 9, 2021. After considering same, the Court finds that said motion should be GRANTED.

It is therefore ORDERED that Defendants have up to and through November 9, 2021 in which to respond to Plaintiff's Complaint for Patent Infringement.