# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>    Defendants. | Case No. 2:21-cv-00315-JRG-RSP |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND P.R. 3-3 & 3-4 (INVALIDITY CONTENTIONS)

Plaintiff and Defendants respectfully request an extension of time for Plaintiff to comply with P.R. 3-1 & 3-2 (Infringement Contentions), from November 4, 2021, up to and including **November 18, 2021**, and for Defendants to comply with P. R. 3-3 & 3-4 (Invalidity Contentions), from December 20, 2021 up to and including **January 13, 2022**.

An initial Scheduling Conference is set for November 18, 2021. (Dkt. 15.) The Parties do not file this motion for the purpose of delay, but rather to allow the Parties to adequately address the issues associated with the pending Contentions and in order that justice be done.

Dated: November 3, 2021 

Respectfully submitted,

By: /s/ Chris J. Zhen
Chris J. Zhen (CA BAR# 275575)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com

*Attorneys for Plaintiff Enovsys LLC*


By: /s/ Geoffrey M. Godfrey (w/ express permission)
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com

Melonie S. Jordan (*pro hac vice*)
DORSEY & WHITNEY LLP
Plaza Tower
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Phone: (714) 800-1400
Fax: (714) 800-1499
jordan.melonie@dorsey.com

Michael E. Jones
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    */s/ Chris J. Zhen*
    Chris J. Zhen

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and this joint motion is unopposed.

    */s/ Chris J. Zhen*
    Chris J. Zhen