UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>               Defendants. | Case No. 2:21-cv-00315-JRG-RSP |

**<u>UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS'
PARTIAL MOTION TO DISMISS PLAINTIFF'S CLAIMS OF INDIRECT AND
WILLFUL INFRINGEMENT</u>**

    Defendants Verizon Communications Inc., Verizon Business Network Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, and Verizon Services Corp. (collectively "Defendants") file this unopposed motion to file their Partial Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement under seal.

    Defendants' motion discusses Exhibits G and H to the complaint, which Plaintiff has designated confidential and filed under seal pursuant to a prior order of this Court (Dkt. 21). As there is not yet a Protective Order entered in this matter to allow for under seal filings, Defendants respectfully file this motion for leave to do so. Plaintiff does not opposed the relief sought in this motion.

    A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: November 4, 2021

Respectfully submitted,

By: <u>*/s/ Geoffrey M. Godfrey, with permission by Michael E. Jones*</u>
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com

Melonie S. Jordan (*pro hac vice*)
DORSEY & WHITNEY LLP
Plaza Tower
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Phone: (714) 800-1400
Fax: (714) 800-1499
jordan.melonie@dorsey.com

Michael E. Jones
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). This motion is unopposed.

<u>*/s/ Michael E. Jones*</u>
Michael E. Jones