UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>                Defendants. | Case No. 2:21-cv-00315-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT**

      Before the Court is the Unopposed Motion of Defendants Verizon Communications Inc., Verizon Business Network Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, and Verizon Services Corp. ("Defendants") to file under seal their Partial Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement. After consideration of same, the Court finds that said unopposed motion is well-taken and should be GRANTED.

      IT IS THEREFORE ORDERED that Defendants' Partial Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement and all attachments thereto may be filed under seal accordingly.