UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>    Defendants. | Case No. 2:21-cv-00315-JRG-RSP |

## DEFENDANTS' NOTICE OF RELATED CASE

Defendants submit this notice to identify the following related case currently pending before this Court: *ENOVSYS LLC v. T-Mobile USA, Inc.*, 2:21-cv-00368-JRG (the "-368 case").

The -368 case and the present case both involve the same four patents: U.S. Patent Nos. 5,918,159; 7,925,273; 8,195,188; and 8,706,078.

The Court has set a scheduling conference in the present case for November 18, 2021 (Dkt. 15). The Court has not yet set a scheduling conference in the -368 case.

Dated: November 15, 2021       Respectfully submitted,

                      By: */s/ Geoffrey M. Godfrey with permission,*
                      *by Michael E. Jones*
                      Geoffrey M. Godfrey
                      Erin Kolter (*pro hac vice*)

Janelle Luceria Elysee (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com

Melonie S. Jordan (*pro hac vice*)
DORSEY & WHITNEY LLP
Plaza Tower
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Phone: (714) 800-1400
Fax: (714) 800-1499
jordan.melonie@dorsey.com

Michael E. Jones
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

*Counsel for Defendants*