# EXHIBIT B

US008706078B2

(12) **United States Patent**

Fomukong et al.

(10) **Patent No.:** **US 8,706,078 B2**

(45) **Date of Patent:** **\*Apr. 22, 2014**

(54) **LOCATION REPORTING SATELLITE PAGING SYSTEM WITH PRIVACY FEATURE**

(75) Inventors: **Mundi Fomukong**, Los Angeles, CA (US); **Denzil Willoughby Chesney**, Los Angeles, CA (US)

(73) Assignee: **Enovsys LLC**, Beverly Hills, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/414,518**

(22) Filed: **Mar. 7, 2012**

(65) **Prior Publication Data**

US 2012/0164970 A1      Jun. 28, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 10/414,348, filed on Apr. 15, 2003, now Pat. No. 8,195,188, which is a continuation of application No. 09/265,236, filed on Mar. 8, 1999, now Pat. No. 6,560,461, which is a continuation-in-part of application No. 08/905,674, filed on Aug. 4, 1997, now Pat. No. 5,918,159.

(51) **Int. Cl.**
     *H04M 11/04*          (2006.01)

(52) **U.S. Cl.**
     USPC ................. **455/404.2**; 455/404.1; 455/456.1; 455/456.3; 455/457

(58) **Field of Classification Search**
     USPC .................. 455/404.1–404.2, 410–411, 427, 455/432.1–453, 456.1–456.3, 457–458; 370/331–333
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,947,807 A | 3/1976 | Tyler | |
| 3,979,731 A | 9/1976 | Naplatanov | |
| 3,984,807 A | 10/1976 | Haemmig | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 525251 | 10/1982 |
| CA | 958772 | 12/1974 |

(Continued)

OTHER PUBLICATIONS

Allan Kirson; ATIS—A Modular Approach; Kirson—ATIS—A Modular Approach.pdf; In: IEEE Plans '92—Position Location and Navigation Symposium, Monterey, CA, Mar. 24-27, 1992, Record; (A93-10976 01-04), p. 528-533).

(Continued)

*Primary Examiner* — Dai A Phuong

(74) *Attorney, Agent, or Firm* — SoCal IP Law Group LLP; Jonathan Pearce; Steven C. Sereboff

(57)          **ABSTRACT**

A location reporting paging communication system comprising space satellites, ground stations and a remote receiving unit adapted to resolve a global position from signals transmitted from a communication transmitter. The subscriber in possession of the remote receiving unit updates the paging network with global positioning information. A caller paging a subscriber in possession of the remote receiving unit may request the global location of the remote receiving unit. The paging network could divulge or block such information from a caller depending on the requirements of the subscriber.

**34 Claims, 4 Drawing Sheets**



**US 8,706,078 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,109,247 A | 8/1978 | Kaplan |
| 4,112,421 A | 9/1978 | Freeny, Jr. |
| 4,177,466 A | 12/1979 | Reagan |
| 4,188,618 A | 2/1980 | Weisbart |
| 4,209,787 A | 6/1980 | Freeny, Jr. |
| 4,217,588 A | 8/1980 | Freeny, Jr. |
| 4,220,946 A | 9/1980 | Henriot |
| 4,229,737 A | 10/1980 | Heldwein |
| 4,232,266 A | 11/1980 | Acampora |
| 4,259,741 A | 3/1981 | Kawai |
| 4,285,064 A | 8/1981 | Hodge |
| 4,297,672 A | 10/1981 | Fruchey |
| 4,303,904 A | 12/1981 | Chasek |
| 4,313,035 A | 1/1982 | Jordan |
| 4,315,262 A | 2/1982 | Acampora |
| 4,319,352 A | 3/1982 | Gupta |
| 4,338,587 A | 7/1982 | Chiappetti |
| 4,347,501 A | 8/1982 | Akerberg |
| 4,350,969 A | 9/1982 | Greer |
| 4,356,484 A | 10/1982 | Eckhardt |
| 4,359,733 A | 11/1982 | O'Neill |
| 4,381,509 A | 4/1983 | Rotman |
| 4,393,493 A | 7/1983 | Edwards |
| 4,398,192 A | 8/1983 | Moore |
| 4,399,330 A | 8/1983 | Kuenzel |
| 4,423,416 A | 12/1983 | Bailey |
| 4,424,514 A | 1/1984 | Fennell |
| 4,425,639 A | 1/1984 | Acampora |
| 4,427,980 A | 1/1984 | Fennell |
| 4,431,991 A | 2/1984 | Bailey |
| 4,435,711 A | 3/1984 | Ho |
| 4,491,947 A | 1/1985 | Frank |
| 4,507,662 A | 3/1985 | Rothenberg |
| 4,510,595 A | 4/1985 | Glance |
| 4,512,033 A | 4/1985 | Schrock |
| 4,517,561 A | 5/1985 | Burke |
| 4,518,961 A | 5/1985 | Davis |
| 4,531,129 A | 7/1985 | Bonebright |
| 4,577,060 A | 3/1986 | Webb |
| 4,577,316 A | 3/1986 | Schiff |
| 4,581,736 A | 4/1986 | Dobyns |
| 4,601,011 A | 7/1986 | Grynberg |
| 4,626,858 A | 12/1986 | Copeland |
| 4,628,506 A | 12/1986 | Sperlich |
| 4,642,425 A | 2/1987 | Guinn, Jr. |
| 4,644,351 A | 2/1987 | Zabarsky |
| 4,648,123 A | 3/1987 | Schrock |
| 4,651,156 A | 3/1987 | Martinez |
| 4,652,884 A | 3/1987 | Starker |
| 4,654,860 A | 3/1987 | Ouimet |
| 4,661,972 A | 4/1987 | Kai |
| 4,667,202 A | 5/1987 | Kammerlander |
| 4,672,655 A | 6/1987 | Koch |
| 4,672,656 A | 6/1987 | Pfeiffer |
| 4,677,653 A | 6/1987 | Weiner |
| 4,680,785 A | 7/1987 | Akiyama |
| 4,684,949 A | 8/1987 | Kalafus |
| 4,689,625 A | 8/1987 | Barmat |
| 4,691,341 A | 9/1987 | Knoble |
| 4,691,882 A | 9/1987 | Young |
| 4,697,187 A | 9/1987 | Ohno |
| 4,697,281 A | 9/1987 | O'Sullivan |
| 4,700,374 A | 10/1987 | Bini |
| 4,701,760 A | 10/1987 | Raoux |
| 4,706,239 A | 11/1987 | Ito |
| 4,713,661 A | 12/1987 | Boone |
| 4,723,264 A | 2/1988 | Sasuta |
| 4,730,305 A | 3/1988 | Acampora |
| 4,742,514 A | 5/1988 | Goode |
| 4,744,083 A | 5/1988 | O'Neill |
| 4,748,622 A | 5/1988 | Muratani |
| 4,752,967 A | 6/1988 | Bustamante |
| 4,754,450 A | 6/1988 | Lynk, Jr. |
| 4,757,267 A | 7/1988 | Riskin |
| 4,763,129 A | 8/1988 | Perrotta |
| 4,774,705 A | 9/1988 | Eaves, Jr. |
| 4,776,035 A | 10/1988 | Duggan |
| 4,791,572 A | 12/1988 | Green, III |
| 4,797,948 A | 1/1989 | Milliorn |
| 4,804,937 A | 2/1989 | Barbiaux |
| 4,809,006 A | 2/1989 | Dar |
| H610 H | 3/1989 | Focarile |
| 4,812,852 A | 3/1989 | Bent |
| 4,818,998 A | 4/1989 | Apsell |
| 4,819,227 A | 4/1989 | Rosen |
| 4,823,341 A | 4/1989 | Rosen |
| 4,825,216 A | 4/1989 | DuFort |
| 4,827,268 A | 5/1989 | Rosen |
| 4,831,539 A | 5/1989 | Hagenbuch |
| 4,831,619 A | 5/1989 | Rosen |
| 4,833,701 A | 5/1989 | Comroe |
| 4,837,556 A | 6/1989 | Matsushita |
| 4,839,656 A | 6/1989 | O'Neill |
| 4,839,835 A | 6/1989 | Hagenbuch |
| 4,845,504 A | 7/1989 | Roberts |
| 4,845,648 A | 7/1989 | Hagenbuch |
| 4,853,688 A | 8/1989 | Andros |
| 4,857,915 A | 8/1989 | Andros |
| 4,864,306 A | 9/1989 | Wiita |
| 4,866,431 A | 9/1989 | Andros |
| 4,868,558 A | 9/1989 | Andros |
| 4,868,562 A | 9/1989 | Andros |
| 5,005,014 A | 4/1991 | Jasinski |
| 5,047,763 A | 9/1991 | Kuznicki |
| 5,109,544 A | 4/1992 | Mittel |
| 5,111,209 A | 5/1992 | Toriyama |
| 5,121,115 A | 6/1992 | Andros |
| 5,124,697 A | 6/1992 | Moore |
| 5,144,648 A | 9/1992 | Bhagat |
| 5,148,469 A | 9/1992 | Price |
| 5,151,920 A | 9/1992 | Haagh |
| 5,151,921 A | 9/1992 | Hashimoto |
| 5,153,902 A | 10/1992 | Buhl et al. |
| 5,159,608 A | 10/1992 | Falconer |
| 5,160,935 A | 11/1992 | Inamiya |
| 5,185,762 A | 2/1993 | Schilling |
| 5,187,675 A | 2/1993 | Dent |
| 5,193,102 A | 3/1993 | Meidan |
| 5,197,092 A | 3/1993 | Bamburak |
| 5,202,829 A | 4/1993 | Geier |
| 5,204,874 A | 4/1993 | Falconer |
| 5,210,770 A | 5/1993 | Rice |
| 5,216,692 A | 6/1993 | Ling |
| 5,216,693 A | 6/1993 | Nakamura |
| 5,218,708 A | 6/1993 | Kanbayashi |
| 5,220,366 A | 6/1993 | King |
| 5,223,844 A | 6/1993 | Mansell |
| 5,224,120 A | 6/1993 | Schilling |
| 5,224,121 A | 6/1993 | Schorman |
| 5,224,122 A | 6/1993 | Bruckert |
| 5,228,054 A | 7/1993 | Rueth |
| 5,228,056 A | 7/1993 | Schilling |
| 5,231,646 A | 7/1993 | Heath |
| 5,235,615 A | 8/1993 | Omura |
| 5,237,586 A | 8/1993 | Bottomley |
| 5,239,669 A | 8/1993 | Mason |
| 5,241,563 A | 8/1993 | Paik |
| 5,247,702 A | 9/1993 | Su |
| 5,252,964 A | 10/1993 | Tan |
| 5,257,028 A | 10/1993 | Keydel |
| 5,257,397 A | 10/1993 | Barzegar |
| 5,258,995 A | 11/1993 | Su |
| 5,263,045 A | 11/1993 | Schilling |
| 5,268,930 A | 12/1993 | Sendyk |
| 5,268,933 A | 12/1993 | Averbuch |
| 5,276,704 A | 1/1994 | Dixon |
| 5,278,863 A | 1/1994 | Briskman |
| 5,280,472 A | 1/1994 | Gilhousen |
| 5,280,498 A | 1/1994 | Tymes |
| 5,282,222 A | 1/1994 | Fattouche |
| 5,285,469 A | 2/1994 | Vanderpool |
| 5,285,472 A | 2/1994 | Leonard |
| 5,285,496 A | 2/1994 | Frank |
| 5,291,516 A | 3/1994 | Dixon |

**US 8,706,078 B2**

Page 3

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,293,418 A | 3/1994 | Fukawa | |
| 5,295,152 A | 3/1994 | Gudmundson | |
| 5,295,153 A | 3/1994 | Gudmundson | |
| 5,295,157 A | 3/1994 | Suzuki | |
| 5,297,143 A | 3/1994 | Fridrich | |
| 5,297,161 A | 3/1994 | Ling | |
| 5,299,226 A | 3/1994 | Schilling | |
| 5,303,286 A | 4/1994 | Wiedeman | |
| 5,305,349 A | 4/1994 | Dent | |
| 5,327,144 A | 7/1994 | Stilp et al. | |
| 5,337,041 A | 8/1994 | Friedman | |
| 5,349,632 A | 9/1994 | Nagashima | |
| 5,365,451 A | 11/1994 | Wang et al. | |
| 5,388,147 A | 2/1995 | Grimes | |
| 5,404,355 A | 4/1995 | Raith | |
| 5,408,528 A | 4/1995 | Carlson | |
| 5,430,759 A | 7/1995 | Yokev | |
| 5,437,057 A | 7/1995 | Richley et al. | |
| 5,444,671 A | 8/1995 | Tschannen | |
| 5,485,163 A | 1/1996 | Singer et al. | |
| 5,491,645 A | 2/1996 | Kennedy | |
| 5,493,692 A | 2/1996 | Theimer et al. | |
| 5,499,032 A | 3/1996 | Kelley | |
| 5,499,266 A | 3/1996 | Yokev | |
| 5,504,491 A | 4/1996 | Chapman | |
| 5,511,233 A | 4/1996 | Otten | |
| 5,512,884 A | 4/1996 | Hesse | |
| 5,517,618 A | 5/1996 | Wada | |
| 5,519,718 A | 5/1996 | Yokev | |
| 5,522,989 A | 6/1996 | Hove | |
| 5,526,357 A | 6/1996 | Jandrell | |
| 5,530,438 A | 6/1996 | Bickham | |
| 5,530,452 A | 6/1996 | Yokev | |
| 5,532,690 A | 7/1996 | Hertel | |
| 5,543,803 A | 8/1996 | Serfling | |
| 5,544,321 A | 8/1996 | Theimer et al. | |
| 5,550,551 A | 8/1996 | Alesio | |
| 5,550,743 A | 8/1996 | Kyrtsos | |
| 5,551,063 A | 8/1996 | Brandon | |
| 5,552,795 A | 9/1996 | Tayloe | |
| 5,555,376 A | 9/1996 | Theimer et al. | |
| 5,561,704 A | 10/1996 | Salimando | |
| 5,564,070 A | 10/1996 | Want et al. | |
| 5,570,412 A | 10/1996 | LeBlanc | |
| 5,572,221 A | 11/1996 | Marlevi et al. | |
| 5,583,517 A | 12/1996 | Yokev | |
| 5,592,173 A | 1/1997 | Lau | |
| 5,592,180 A | 1/1997 | Yokev | |
| 5,594,425 A | 1/1997 | Ladner | |
| 5,596,330 A | 1/1997 | Yokev | |
| 5,603,054 A | 2/1997 | Theimer et al. | |
| 5,603,079 A | 2/1997 | Olds | |
| 5,606,307 A | 2/1997 | Kuan | |
| 5,611,050 A | 3/1997 | Theimer et al. | |
| 5,615,110 A | 3/1997 | Wong | |
| 5,617,101 A | 4/1997 | Maine | |
| 5,625,351 A | 4/1997 | Willard | |
| 5,625,668 A | 4/1997 | Loomis | |
| 5,627,549 A | 5/1997 | Park | |
| 5,629,693 A | 5/1997 | Janky | |
| 5,629,855 A | 5/1997 | Kyrtsos | |
| 5,630,206 A | 5/1997 | Urban | |
| 5,630,207 A | 5/1997 | Gitlin | |
| 5,633,875 A | 5/1997 | Hershey et al. | |
| 5,636,122 A | 6/1997 | Shah et al. | |
| 5,636,245 A | 6/1997 | Ernst | |
| 5,646,630 A | 7/1997 | Sheynblat | |
| 5,646,632 A | 7/1997 | Khan | |
| 5,650,770 A | 7/1997 | Schlager | |
| 5,654,717 A | 8/1997 | Nichols | |
| 5,659,601 A | 8/1997 | Cheslog | |
| 5,661,652 A | 8/1997 | Sprague et al. | |
| 5,666,107 A | 9/1997 | Lockhart | |
| 5,666,661 A | 9/1997 | Grube | |
| 5,669,061 A | 9/1997 | Schipper | |
| 5,671,247 A | 9/1997 | Souissi | |
| 5,684,859 A | 11/1997 | Chanroo et al. | |
| 5,687,215 A | 11/1997 | Timm | |
| 5,689,245 A | 11/1997 | Noreen | |
| 5,689,270 A | 11/1997 | Kelley | |
| 5,699,244 A | 12/1997 | Clark, Jr. | |
| 5,705,980 A | 1/1998 | Shapiro | |
| 5,706,014 A | 1/1998 | Abbasi | |
| 5,708,964 A | 1/1998 | Meger | |
| 5,717,955 A | 2/1998 | Swinehart | |
| 5,724,660 A | 3/1998 | Kauser | |
| 5,726,660 A | 3/1998 | Purdy | |
| 5,726,663 A | 3/1998 | Moyer | |
| 5,726,893 A | 3/1998 | Schuchman | |
| 5,729,196 A | 3/1998 | Aljadeff | |
| 5,729,457 A | 3/1998 | Seymour | |
| 5,731,785 A * | 3/1998 | Lemelson et al. ....... 342/357.31 |
| 5,732,074 A | 3/1998 | Spaur et al. | |
| 5,732,387 A | 3/1998 | Armbruster et al. | |
| 5,734,981 A | 3/1998 | Kennedy, III | |
| 5,737,731 A | 4/1998 | Lester | |
| 5,742,233 A | 4/1998 | Hoffman | |
| 5,742,509 A | 4/1998 | Goldberg | |
| 5,748,084 A | 5/1998 | Isikoff | |
| 5,748,148 A | 5/1998 | Heiser et al. | |
| 5,751,246 A | 5/1998 | Hertel | |
| 5,754,136 A | 5/1998 | Kojima | |
| 5,760,705 A | 6/1998 | Glessner | |
| 5,771,280 A * | 6/1998 | Johnson ..................... 379/93.23 |
| 5,771,455 A | 6/1998 | Kennedy, III | |
| 5,774,802 A | 6/1998 | Tell et al. | |
| 5,774,829 A | 6/1998 | Cisneros | |
| 5,778,315 A | 7/1998 | Proietti | |
| 5,781,151 A | 7/1998 | Stratton | |
| 5,784,028 A | 7/1998 | Corman | |
| 5,787,347 A | 7/1998 | Yu | |
| 5,790,073 A | 8/1998 | Tayloe | |
| 5,790,074 A | 8/1998 | Rangebahl et al. | |
| 5,790,938 A | 8/1998 | Talarmo | |
| 5,790,953 A | 8/1998 | Wang | |
| 5,790,956 A | 8/1998 | Lo | |
| 5,790,973 A | 8/1998 | Blaker | |
| 5,794,151 A | 8/1998 | McDonald | |
| 5,797,091 A | 8/1998 | Clise | |
| 5,797,134 A | 8/1998 | McMillan | |
| 5,802,453 A | 9/1998 | Kuroki | |
| 5,802,454 A | 9/1998 | Goshay et al. | |
| 5,802,468 A | 9/1998 | Gallant | |
| 5,805,055 A | 9/1998 | Colizza | |
| 5,806,005 A | 9/1998 | Hull | |
| 5,809,059 A | 9/1998 | Souissi | |
| 5,809,396 A | 9/1998 | Armbruster | |
| 5,812,086 A | 9/1998 | Bertiger | |
| 5,812,865 A | 9/1998 | Theimer et al. | |
| 5,815,800 A | 9/1998 | Su | |
| RE35,916 E | 10/1998 | Dennison | |
| 5,831,545 A | 11/1998 | Murray | |
| 5,832,187 A | 11/1998 | Pedersen | |
| 5,832,381 A | 11/1998 | Kauppi | |
| 5,835,907 A | 11/1998 | Newman | |
| 5,838,237 A | 11/1998 | Revell | |
| 5,842,125 A | 11/1998 | Modzelesky | |
| 5,842,131 A | 11/1998 | Yamane | |
| 5,845,079 A | 12/1998 | Wada | |
| 5,850,602 A | 12/1998 | Tisdale | |
| 5,859,576 A | 1/1999 | Winandy | |
| 5,862,480 A | 1/1999 | Wild | |
| 5,862,501 A | 1/1999 | Talbot | |
| 5,864,546 A | 1/1999 | Campanella | |
| 5,864,764 A | 1/1999 | Thro | |
| H1782 H | 2/1999 | Wicks | |
| 5,867,490 A | 2/1999 | Campanella | |
| 5,870,390 A | 2/1999 | Campanella | |
| 5,870,426 A | 2/1999 | Yokev | |
| 5,875,182 A | 2/1999 | Hatzipapafotiou | |
| 5,883,580 A | 3/1999 | Briancon | |
| 5,883,594 A | 3/1999 | Lau | |
| 5,884,172 A | 3/1999 | Sawyer | |
| 5,886,635 A | 3/1999 | Landa | |

**US 8,706,078 B2**

Page 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,889,473 A | 3/1999 | Wicks |
| 5,889,492 A | 3/1999 | Kurby |
| 5,894,591 A | 4/1999 | Tamayo |
| 5,895,436 A | 4/1999 | Savoie |
| 5,897,605 A | 4/1999 | Kohli |
| 5,898,680 A | 4/1999 | Johnstone |
| 5,900,838 A | 5/1999 | Khan et al. |
| 5,901,171 A | 5/1999 | Kohli |
| 5,903,618 A | 5/1999 | Miyake |
| 5,903,837 A | 5/1999 | Wiedeman |
| 5,903,845 A | 5/1999 | Buhrmann |
| 5,905,958 A | 5/1999 | Houde |
| 5,907,809 A | 5/1999 | Molnar |
| 5,913,170 A | 6/1999 | Wortham |
| 5,917,405 A | 6/1999 | Joao |
| 5,918,159 A | 6/1999 | Fomukong |
| 5,918,176 A | 6/1999 | Arrington, Jr. |
| 5,918,180 A | 6/1999 | Dimino |
| 5,924,034 A | 7/1999 | Dupuy |
| 5,926,108 A | 7/1999 | Wicks |
| 5,926,133 A | 7/1999 | Green, Jr. |
| 5,926,467 A | 7/1999 | Hershey |
| 5,926,745 A | 7/1999 | Threadgill |
| 5,929,752 A | 7/1999 | Janky |
| 5,929,753 A | 7/1999 | Montague |
| 5,930,713 A | 7/1999 | Nguyen |
| 5,933,098 A | 8/1999 | Haxton |
| 5,933,431 A | 8/1999 | Ko |
| 5,936,571 A | 8/1999 | Desjardins |
| 5,937,332 A | 8/1999 | Karabinis |
| 5,938,706 A | 8/1999 | Feldman |
| 5,940,764 A | 8/1999 | Mikami |
| 5,943,689 A | 8/1999 | Tamer |
| 5,946,603 A | 8/1999 | Ibanez-Meier |
| 5,946,611 A | 8/1999 | Dennison |
| 5,946,619 A | 8/1999 | Kolev |
| 5,946,626 A * | 8/1999 | Foladare et al.  ........... 455/456.1 |
| 5,950,137 A | 9/1999 | Kim |
| 5,953,672 A | 9/1999 | Lengdell |
| 5,955,965 A | 9/1999 | Calandruccio |
| 5,956,656 A | 9/1999 | Yamazaki |
| 5,959,529 A | 9/1999 | Kail, IV |
| 5,959,545 A | 9/1999 | Lhamon |
| 5,959,577 A | 9/1999 | Fan et al. |
| 5,963,129 A | 10/1999 | Warner |
| 5,963,130 A | 10/1999 | Schlager |
| 5,963,846 A | 10/1999 | Kurby |
| 5,963,866 A | 10/1999 | Palamara et al. |
| 5,966,093 A | 10/1999 | Chapman |
| 5,966,651 A | 10/1999 | Sibecas |
| 5,966,658 A | 10/1999 | Kennedy, III |
| 5,969,595 A | 10/1999 | Schipper |
| 5,973,613 A | 10/1999 | Reis |
| 5,973,643 A | 10/1999 | Hawkes et al. |
| 5,982,322 A | 11/1999 | Bickley |
| 5,982,323 A | 11/1999 | Czichy |
| 5,982,324 A | 11/1999 | Watters |
| 5,982,325 A | 11/1999 | Thornton |
| 5,983,074 A | 11/1999 | Jansen |
| 5,983,103 A | 11/1999 | Sakaguchi |
| 5,983,161 A | 11/1999 | Lemelson |
| 5,990,785 A | 11/1999 | Suda |
| 5,990,826 A | 11/1999 | Mitchell |
| 5,995,495 A | 11/1999 | Sampson |
| 5,995,804 A | 11/1999 | Rootsey |
| 5,999,088 A | 12/1999 | Sibbitt |
| 5,999,124 A | 12/1999 | Sheynblat |
| 5,999,125 A | 12/1999 | Kurby |
| 5,999,797 A | 12/1999 | Zancho |
| 5,999,880 A | 12/1999 | Okada |
| 6,002,936 A | 12/1999 | Roel-Ng |
| 6,005,517 A | 12/1999 | Friedrichs |
| 6,006,159 A | 12/1999 | Schmier |
| 6,009,330 A | 12/1999 | Kennedy, III |
| 6,011,510 A | 1/2000 | Yee |

| | | |
|---|---|---|
| 6,011,973 A | 1/2000 | Valentine et al. |
| 6,014,080 A | 1/2000 | Layson, Jr. |
| 6,016,322 A | 1/2000 | Goldman |
| 6,018,313 A | 1/2000 | Engelmayer |
| 6,018,573 A | 1/2000 | Tanaka |
| 6,018,652 A | 1/2000 | Frager |
| 6,018,657 A | 1/2000 | Kennedy, III |
| 6,018,704 A | 1/2000 | Kohli |
| 6,021,330 A | 2/2000 | Vannucci |
| 6,023,219 A | 2/2000 | Lee |
| 6,023,245 A | 2/2000 | Gomez |
| 6,023,606 A | 2/2000 | Monte |
| 6,025,774 A | 2/2000 | Forbes |
| 6,026,306 A | 2/2000 | Foladare et al. |
| 6,028,514 A | 2/2000 | Lemelson |
| 6,028,537 A | 2/2000 | Suman |
| 6,029,066 A | 2/2000 | Despres |
| 6,031,467 A | 2/2000 | Hymel |
| 6,031,489 A | 2/2000 | Wyrwas |
| 6,035,202 A | 3/2000 | Camp, Jr. |
| 6,038,444 A | 3/2000 | Schipper |
| 6,038,445 A | 3/2000 | Alperovich |
| 6,038,451 A | 3/2000 | Syed |
| 6,041,280 A | 3/2000 | Kohli |
| 6,044,261 A | 3/2000 | Kazmi |
| 6,044,265 A | 3/2000 | Roach, Jr. |
| 6,046,687 A | 4/2000 | Janky |
| 6,047,017 A | 4/2000 | Cahn |
| 6,047,161 A | 4/2000 | Sowles |
| 6,047,183 A | 4/2000 | Kingdon |
| 6,049,711 A | 4/2000 | Ben-Yehezkel et al. |
| 6,049,718 A | 4/2000 | Stweart |
| 6,052,646 A | 4/2000 | Kirkhart |
| 6,054,928 A | 4/2000 | Lemelson |
| 6,054,934 A | 4/2000 | Cho |
| 6,055,426 A | 4/2000 | Beasley |
| 6,055,434 A | 4/2000 | Seraj |
| 6,058,307 A | 5/2000 | Garner |
| 6,059,843 A | 5/2000 | Kirkhart |
| 6,061,021 A | 5/2000 | Zibell |
| 6,061,389 A | 5/2000 | Ishifuji |
| 6,061,565 A | 5/2000 | Innes |
| 6,064,943 A | 5/2000 | Clark, Jr. |
| 6,064,970 A | 5/2000 | McMillan |
| 6,067,007 A | 5/2000 | Gioia |
| 6,067,031 A | 5/2000 | Janky |
| 6,069,570 A | 5/2000 | Herring |
| 6,070,085 A | 5/2000 | Bender |
| 6,072,429 A | 6/2000 | Crothall |
| 6,072,768 A | 6/2000 | Wiedeman |
| 6,073,004 A | 6/2000 | Balachandran |
| 6,073,012 A | 6/2000 | Vanden Heuvel |
| 6,073,013 A | 6/2000 | Agre et al. |
| 6,075,458 A | 6/2000 | Ladner |
| 6,075,776 A | 6/2000 | Tanimoto et al. |
| 6,076,099 A | 6/2000 | Chen |
| 6,078,818 A | 6/2000 | Kingdon |
| 6,084,510 A | 7/2000 | Lemelson |
| 6,084,544 A | 7/2000 | Camp, Jr. |
| 6,085,090 A | 7/2000 | Yee |
| 6,085,148 A | 7/2000 | Jamison |
| 6,087,983 A | 7/2000 | Ho |
| 6,091,358 A | 7/2000 | Maniscalco |
| 6,091,956 A | 7/2000 | Hollenberg |
| 6,091,957 A | 7/2000 | Larkins |
| 6,091,959 A | 7/2000 | Souissi |
| 6,092,008 A | 7/2000 | Bateman |
| 6,094,168 A | 7/2000 | Duffett-Smith |
| 6,104,925 A | 8/2000 | Grube |
| 6,105,060 A | 8/2000 | Rothblatt |
| 6,108,319 A | 8/2000 | Campanella |
| 6,108,563 A | 8/2000 | Shishino |
| 6,112,083 A | 8/2000 | Sweet |
| 6,112,085 A | 8/2000 | Garner |
| 6,114,991 A | 9/2000 | Richton |
| 6,115,366 A | 9/2000 | Campanella |
| 6,115,371 A | 9/2000 | Berstis |
| 6,115,605 A | 9/2000 | Siccardo |
| 6,115,754 A | 9/2000 | Landgren |

**US 8,706,078 B2**

Page 5

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,118,977 A | 9/2000 | Vannucci |
| 6,119,014 A | 9/2000 | Alperovich |
| 6,125,325 A | 9/2000 | Kohli |
| 6,128,487 A | 10/2000 | Wiedeman |
| 6,131,067 A | 10/2000 | Girerd et al. |
| 6,133,853 A | 10/2000 | Obradovich |
| 6,133,871 A | 10/2000 | Krasner |
| 6,134,454 A | 10/2000 | Foladare |
| 6,137,425 A | 10/2000 | Oster |
| 6,138,003 A | 10/2000 | Kingdon et al. |
| 6,138,026 A | 10/2000 | Irvin |
| 6,140,956 A | 10/2000 | Hillman |
| 6,144,336 A | 11/2000 | Preston |
| 6,144,927 A | 11/2000 | Grill |
| 6,147,644 A | 11/2000 | Castles |
| 6,148,196 A | 11/2000 | Baumann |
| 6,148,212 A | 11/2000 | Park |
| 6,148,261 A | 11/2000 | Obradovich |
| 6,150,921 A | 11/2000 | Werb |
| 6,151,505 A | 11/2000 | Larkins |
| 6,154,172 A | 11/2000 | Piccionelli |
| 6,154,656 A | 11/2000 | Camp, Jr. |
| 6,154,745 A | 11/2000 | Kari |
| 6,157,841 A | 12/2000 | Bolduc |
| 6,157,896 A | 12/2000 | Castles |
| 6,160,994 A | 12/2000 | Wiedeman |
| 6,161,005 A | 12/2000 | Pinzon |
| 6,161,015 A | 12/2000 | Birchler |
| 6,163,701 A | 12/2000 | Saleh et al. |
| 6,166,626 A | 12/2000 | Janky |
| 6,167,235 A | 12/2000 | Sibecas |
| 6,167,266 A | 12/2000 | Havinis |
| 6,169,497 B1 | 1/2001 | Robert |
| 6,169,881 B1 | 1/2001 | Astrom |
| 6,169,902 B1 | 1/2001 | Kawamoto |
| 6,173,157 B1 | 1/2001 | Godoroja |
| 6,175,308 B1 | 1/2001 | Tallman |
| 6,178,326 B1 | 1/2001 | Kalliokulju |
| 6,184,801 B1 | 2/2001 | Janky |
| 6,184,802 B1 | 2/2001 | Lamb |
| 6,185,265 B1 | 2/2001 | Campanella |
| 6,185,409 B1 | 2/2001 | Threadgill |
| 6,185,427 B1 | 2/2001 | Krasner |
| 6,188,353 B1 | 2/2001 | Mitchell |
| 6,188,911 B1 | 2/2001 | Wallentin |
| 6,195,022 B1 | 2/2001 | Yamakita |
| 6,195,039 B1 | 2/2001 | Glass, Jr. |
| 6,195,555 B1 | 2/2001 | Dent |
| 6,195,557 B1 | 2/2001 | Havinis |
| 6,198,390 B1 | 3/2001 | Schlager |
| 6,198,765 B1 | 3/2001 | Cahn |
| 6,198,930 B1 | 3/2001 | Schipper |
| 6,198,933 B1 | 3/2001 | Lundin |
| 6,199,045 B1 * | 3/2001 | Giniger et al. .................. 705/1.1 |
| 6,201,499 B1 | 3/2001 | Hawkes |
| 6,201,798 B1 | 3/2001 | Campanella |
| 6,201,957 B1 | 3/2001 | Son |
| 6,204,813 B1 | 3/2001 | Wadell |
| 6,205,328 B1 | 3/2001 | Lantto et al. |
| 6,211,907 B1 | 4/2001 | Scaman |
| 6,219,385 B1 | 4/2001 | Weinberg |
| 6,219,556 B1 | 4/2001 | Lee |
| 6,223,044 B1 | 4/2001 | Schultz |
| 6,223,156 B1 | 4/2001 | Goldberg et al. |
| 6,225,901 B1 | 5/2001 | Kail, IV |
| 6,226,522 B1 | 5/2001 | Higuchi |
| 6,226,589 B1 | 5/2001 | Maeda |
| 6,226,622 B1 | 5/2001 | Dabbiere |
| 6,230,097 B1 | 5/2001 | Dance |
| 6,233,432 B1 | 5/2001 | Inukai |
| 6,233,463 B1 | 5/2001 | Wiedeman |
| 6,233,506 B1 | 5/2001 | Obradovich |
| 6,236,359 B1 | 5/2001 | Watters |
| 6,236,365 B1 | 5/2001 | LeBlanc |
| 6,236,858 B1 | 5/2001 | Griffith |
| 6,236,937 B1 | 5/2001 | Kohli |
| 6,240,295 B1 | 5/2001 | Kennedy, III |
| 6,243,039 B1 | 6/2001 | Elliot |
| 6,243,587 B1 | 6/2001 | Dent |
| 6,249,217 B1 | 6/2001 | Forbes |
| 6,249,245 B1 | 6/2001 | Watters |
| 6,249,246 B1 | 6/2001 | Bode |
| 6,249,252 B1 | 6/2001 | Dupray |
| 6,249,514 B1 | 6/2001 | Campanella |
| 6,249,542 B1 | 6/2001 | Kohli et al. |
| 6,253,069 B1 | 6/2001 | Mankovitz |
| 6,255,942 B1 | 7/2001 | Knudsen |
| 6,255,988 B1 | 7/2001 | Bischoff |
| 6,256,475 B1 | 7/2001 | Vannucci |
| 6,256,503 B1 | 7/2001 | Stephens |
| 6,256,504 B1 | 7/2001 | Tell et al. |
| 6,262,764 B1 | 7/2001 | Perterson |
| 6,266,014 B1 | 7/2001 | Fattouche et al. |
| 6,266,617 B1 | 7/2001 | Evans |
| 6,268,804 B1 | 7/2001 | Janky |
| 6,269,250 B1 | 7/2001 | Bender |
| 6,271,788 B1 | 8/2001 | Longaker |
| 6,272,338 B1 | 8/2001 | Modzelesky |
| 6,272,339 B1 | 8/2001 | Wiedeman |
| 6,272,341 B1 | 8/2001 | Threadgill |
| 6,275,164 B1 | 8/2001 | MacConnell |
| 6,275,773 B1 | 8/2001 | Lemelson |
| 6,281,837 B1 | 8/2001 | Richton |
| 6,282,231 B1 | 8/2001 | Norman |
| 6,282,495 B1 | 8/2001 | Kirkhart |
| 6,285,281 B1 | 9/2001 | Gatto |
| 6,289,279 B1 | 9/2001 | Ito |
| 6,289,331 B1 | 9/2001 | Pedersen |
| 6,292,749 B2 | 9/2001 | Kohli |
| 6,295,449 B1 | 9/2001 | Westerlage |
| 6,295,454 B1 | 9/2001 | Havinis |
| 6,297,768 B1 | 10/2001 | Allen, Jr. |
| 6,298,243 B1 | 10/2001 | Basile |
| 6,298,306 B1 | 10/2001 | Suarez |
| 6,300,902 B1 | 10/2001 | Eslambolchi |
| 6,304,216 B1 | 10/2001 | Gronemeyer |
| 6,304,746 B1 | 10/2001 | Fascenda |
| 6,304,757 B1 | 10/2001 | Larsson |
| 6,310,944 B1 | 10/2001 | Brisebois |
| 6,311,128 B1 | 10/2001 | Prum |
| 6,314,290 B1 | 11/2001 | Joshi |
| 6,320,535 B1 | 11/2001 | Hillman |
| 6,321,090 B1 | 11/2001 | Soliman |
| 6,321,092 B1 | 11/2001 | Fitch |
| 6,324,404 B1 | 11/2001 | Dennison |
| 6,324,473 B1 | 11/2001 | Eschenbach |
| 6,327,471 B1 | 12/2001 | Song |
| 6,327,570 B1 | 12/2001 | Stevens |
| 6,330,454 B1 | 12/2001 | Verdonk |
| 6,331,825 B1 | 12/2001 | Ladner |
| 6,333,922 B1 | 12/2001 | Campanella |
| 6,342,854 B1 | 1/2002 | Duffett-Smith |
| 6,343,205 B1 | 1/2002 | Threadgill |
| 6,345,181 B1 | 2/2002 | Janhonen |
| 6,347,216 B1 | 2/2002 | Marko |
| 6,347,281 B1 | 2/2002 | Litzsinger |
| 6,348,744 B1 | 2/2002 | Levesque |
| 6,351,641 B2 | 2/2002 | Verkama |
| 6,353,738 B1 | 3/2002 | Joshi |
| 6,353,739 B1 | 3/2002 | Davis |
| 6,353,781 B1 | 3/2002 | Spivak |
| 6,360,102 B1 | 3/2002 | Havinis et al. |
| 6,366,780 B1 | 4/2002 | Obhan |
| 6,371,416 B1 | 4/2002 | Hawthorne |
| 6,374,169 B1 | 4/2002 | Demay |
| 6,377,795 B1 | 4/2002 | Bach |
| 6,381,324 B1 | 4/2002 | Shaffer |
| 6,381,464 B1 | 4/2002 | Vannucci |
| 6,385,312 B1 | 5/2002 | Shaffer |
| 6,388,579 B1 | 5/2002 | Adcox |
| 6,388,612 B1 | 5/2002 | Neher |
| 6,388,617 B1 | 5/2002 | Flood |
| 6,389,298 B1 | 5/2002 | Abramovici |
| 6,393,046 B1 | 5/2002 | Kohli |

**US 8,706,078 B2**

Page 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,397,040 | B1 | 5/2002 | Titmuss |
| 6,397,133 | B1 | 5/2002 | van der Pol |
| 6,400,314 | B1 | 6/2002 | Krasner |
| 6,400,753 | B1 | 6/2002 | Kohli |
| 6,400,943 | B1 | 6/2002 | Montoya |
| 6,401,032 | B1 | 6/2002 | Jamison |
| 6,405,213 | B1 | 6/2002 | Layson |
| 6,411,806 | B1 | 6/2002 | Garner |
| 6,418,319 | B1 | 7/2002 | Dent |
| 6,421,009 | B2 | 7/2002 | Suprunov |
| 6,421,609 | B2 | 7/2002 | Kohli |
| 6,424,831 | B1 | 7/2002 | Schiff |
| 6,424,840 | B1 | 7/2002 | Fitch |
| 6,430,496 | B1 | 8/2002 | Smith |
| 6,434,381 | B1 | 8/2002 | Moore |
| 6,437,696 | B1 | 8/2002 | Lemelson |
| 6,438,465 | B2 | 8/2002 | Obradovich |
| 6,441,752 | B1 | 8/2002 | Fomukong |
| 6,442,391 | B1 | 8/2002 | Johansson et al. |
| 6,442,485 | B2 | 8/2002 | Evans |
| D462,284 | S | 9/2002 | Womack |
| 6,448,895 | B1 | 9/2002 | Ekkel |
| 6,448,925 | B1 | 9/2002 | Shridhara |
| 6,456,621 | B1 | 9/2002 | Wada |
| 6,456,840 | B1 | 9/2002 | Uda |
| 6,456,852 | B2 | 9/2002 | Bar et al. |
| 6,462,671 | B1 | 10/2002 | Bushner |
| 6,463,272 | B1 | 10/2002 | Wallace |
| 6,463,288 | B1 | 10/2002 | Havinis |
| 6,466,569 | B1 | 10/2002 | Wright |
| 6,466,612 | B2 | 10/2002 | Kohli |
| 6,466,788 | B1 | 10/2002 | Carlsson |
| 6,472,076 | B1 | 10/2002 | Hacker |
| 6,473,031 | B1 | 10/2002 | Harris |
| 6,476,763 | B2 | 11/2002 | Allen, Jr. |
| 6,477,370 | B1 | 11/2002 | Sigler |
| 6,477,581 | B1 | 11/2002 | Carpenter |
| 6,477,667 | B1 | 11/2002 | Levi |
| 6,480,147 | B2 | 11/2002 | Durst |
| 6,483,427 | B1 | 11/2002 | Werb |
| 6,483,456 | B2 | 11/2002 | Huisken |
| 6,484,029 | B2 | 11/2002 | Hughes |
| 6,484,035 | B2 | 11/2002 | Allen, Jr. |
| 6,486,794 | B1 | 11/2002 | Calistro et al. |
| 6,487,500 | B2 | 11/2002 | Lemelson |
| 6,493,338 | B1 | 12/2002 | Preston |
| 6,496,145 | B2 | 12/2002 | Gronemeyer |
| 6,496,702 | B1 | 12/2002 | Lockhart |
| 6,498,565 | B2 | 12/2002 | Boulay |
| 6,501,491 | B1 | 12/2002 | Brown |
| 6,504,634 | B1 | 1/2003 | Chan |
| 6,505,100 | B1 | 1/2003 | Stuempfle |
| 6,505,830 | B2 | 1/2003 | Kang |
| 6,510,380 | B1 | 1/2003 | Curatolo |
| 6,515,595 | B1 | 2/2003 | Obradovich |
| 6,515,619 | B1 | 2/2003 | McKay, Jr. |
| 6,516,065 | B1 | 2/2003 | Joshi |
| 6,516,190 | B1 | 2/2003 | Linkola |
| 6,516,277 | B2 | 2/2003 | Edgecombe |
| 6,518,889 | B2 | 2/2003 | Schlager |
| 6,519,463 | B2 | 2/2003 | Tendler |
| 6,522,265 | B1 | 2/2003 | Hillman |
| 6,522,682 | B1 | 2/2003 | Kohli |
| 6,525,768 | B2 | 2/2003 | Obradovich |
| 6,526,335 | B1 | 2/2003 | Treyz |
| 6,529,159 | B1 | 3/2003 | Fan |
| 6,529,165 | B1 | 3/2003 | Duffett-Smith |
| 6,529,731 | B2 | 3/2003 | Modzelesky |
| 6,529,824 | B1 | 3/2003 | Obradovich |
| 6,531,982 | B1 | 3/2003 | White |
| 6,532,360 | B1 | 3/2003 | Shaffer |
| 6,535,125 | B2 | 3/2003 | Trivett |
| 6,539,230 | B2 | 3/2003 | Yen |
| 6,542,076 | B1 | 4/2003 | Joao |
| 6,542,077 | B2 | 4/2003 | Joao |
| 6,542,480 | B1 | 4/2003 | Campanella |
| 6,542,716 | B1 | 4/2003 | Dent |
| 6,542,739 | B1 | 4/2003 | Garner |
| 6,542,795 | B2 | 4/2003 | Obradovich |
| 6,545,995 | B1 | 4/2003 | Kinnunen |
| 6,546,360 | B1 | 4/2003 | Gilbert |
| 6,549,130 | B1 | 4/2003 | Joao |
| 6,552,654 | B1 | 4/2003 | Gharb |
| 6,553,009 | B2 | 4/2003 | Artzi |
| 6,553,236 | B1 | 4/2003 | Dunko |
| 6,553,336 | B1 | 4/2003 | Johnson |
| 6,556,819 | B2 | 4/2003 | Irvin |
| 6,556,831 | B1 | 4/2003 | Buppelmann |
| 6,556,981 | B2 | 4/2003 | Pedersen |
| 6,559,620 | B2 | 5/2003 | Zhou |
| 6,560,461 | B1 | 5/2003 | Fomukong |
| 6,560,604 | B1 | 5/2003 | Fascenda |
| 6,563,427 | B2 | 5/2003 | Bero |
| 6,564,037 | B1 | 5/2003 | Sweatman |
| 6,567,116 | B1 | 5/2003 | Aman |
| 6,567,670 | B1 | 5/2003 | Petersson |
| 6,570,975 | B2 | 5/2003 | Shaffer |
| 6,571,168 | B1 | 5/2003 | Murphy |
| 6,571,286 | B2 | 5/2003 | Fisher |
| 6,574,558 | B2 | 6/2003 | Kohli |
| 6,577,271 | B1 | 6/2003 | Gronemeyer |
| 6,580,664 | B2 | 6/2003 | Magnusson |
| 6,584,312 | B1 | 6/2003 | Morin |
| 6,584,331 | B2 | 6/2003 | Ranta |
| 6,587,046 | B2 | 7/2003 | Joao |
| 6,587,634 | B2 | 7/2003 | Maltz |
| 6,590,525 | B2 | 7/2003 | Yule |
| 6,590,534 | B1 | 7/2003 | Kroll |
| 6,591,112 | B1 | 7/2003 | Siccardo |
| 6,593,851 | B1 | 7/2003 | Bornstein |
| 6,594,043 | B1 | 7/2003 | Bloom |
| 6,594,500 | B2 | 7/2003 | Bender |
| 6,597,890 | B1 | 7/2003 | Sibecas |
| 6,600,444 | B2 | 7/2003 | Desjardins |
| 6,605,114 | B1 | 8/2003 | Yan |
| 6,606,349 | B1 | 8/2003 | Kudhrethaya |
| 6,606,556 | B2 | 8/2003 | Curatolo |
| 6,608,559 | B1 | 8/2003 | Lemelson |
| 6,608,892 | B2 | 8/2003 | Shaffer |
| 6,611,686 | B1 | 8/2003 | Smith |
| 6,611,688 | B1 | 8/2003 | Raith |
| 6,621,422 | B2 | 9/2003 | Rubenstein |
| 6,624,609 | B2 | 9/2003 | Allen |
| 6,628,928 | B1 | 9/2003 | Crosby |
| 6,628,944 | B1 | 9/2003 | Jeong |
| 6,633,814 | B2 | 10/2003 | Kohli |
| 6,636,175 | B2 | 10/2003 | Russell |
| 6,636,178 | B2 | 10/2003 | Gronemeyer |
| 6,636,721 | B2 | 10/2003 | Threadgill |
| 6,636,983 | B1 | 10/2003 | Levi |
| 6,643,516 | B1 | 11/2003 | Stewart |
| 6,647,257 | B2 | 11/2003 | Owensby |
| 6,654,362 | B1 | 11/2003 | Palamara |
| 6,657,549 | B1 | 12/2003 | Avery |
| 6,657,587 | B1 | 12/2003 | Mohan |
| 6,658,250 | B1 | 12/2003 | Ganesan |
| 6,658,585 | B1 | 12/2003 | Levi |
| 6,658,586 | B1 | 12/2003 | Levi |
| 6,661,884 | B2 | 12/2003 | Shaffer |
| 6,664,893 | B1 | 12/2003 | Eveland |
| 6,665,385 | B2 | 12/2003 | Rogers |
| 6,665,613 | B2 | 12/2003 | Duvall |
| 6,668,173 | B2 | 12/2003 | Greene |
| RE38,378 | E | 1/2004 | Montague |
| 6,678,341 | B1 | 1/2004 | Miyake |
| 6,680,919 | B1 | 1/2004 | Rauhala |
| 6,681,121 | B1 | 1/2004 | Preston |
| 6,690,681 | B1 | 2/2004 | Preston |
| 6,693,953 | B2 | 2/2004 | Cox |
| 6,694,136 | B2 | 2/2004 | Uda |
| 6,694,177 | B2 | 2/2004 | Eggers |
| 6,694,248 | B2 | 2/2004 | Edwards |
| 6,696,922 | B1 | 2/2004 | Wong |
| 6,700,534 | B2 | 3/2004 | Harris |

**US 8,706,078 B2**

Page 7

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,701,144 B2 | 3/2004 | Kirbas |
| 6,703,936 B1 | 3/2004 | Hill |
| 6,704,543 B1 | 3/2004 | Sharon |
| 6,707,424 B1 | 3/2004 | Snyder |
| 6,707,487 B1 | 3/2004 | Aman |
| 6,708,033 B1 | 3/2004 | Linkola |
| 6,710,738 B2 | 3/2004 | Allen, Jr. |
| 6,711,408 B1 | 3/2004 | Raith |
| 6,711,474 B1 | 3/2004 | Treyz |
| 6,711,500 B2 | 3/2004 | Chen |
| 6,714,158 B1 | 3/2004 | Underbrink |
| 6,714,759 B2 | 3/2004 | Perry |
| 6,716,101 B1 | 4/2004 | Meadows |
| 6,720,864 B1 | 4/2004 | Wong |
| 6,720,879 B2 | 4/2004 | Edwards |
| 6,725,049 B1 | 4/2004 | Williams |
| 6,735,444 B2 | 5/2004 | Wingren |
| 6,747,961 B1 | 6/2004 | Ahmed |
| 6,748,226 B1 | 6/2004 | Wortham |
| 6,750,818 B2 | 6/2004 | Thomas |
| 6,751,442 B1 | 6/2004 | Barrett |
| 6,751,467 B1 | 6/2004 | Cameron |
| 6,753,782 B2 | 6/2004 | Power |
| 6,756,917 B2 | 6/2004 | Gould |
| 6,756,918 B2 | 6/2004 | Fomukong |
| 6,756,938 B2 | 6/2004 | Zhao |
| 6,757,534 B2 | 6/2004 | Bach |
| 6,760,364 B2 | 7/2004 | Kohli |
| 6,763,232 B1 | 7/2004 | Odorfer |
| 6,765,497 B2 | 7/2004 | Ablay |
| 6,768,909 B1 | 7/2004 | Irvin |
| 6,771,971 B2 | 8/2004 | Smith |
| 6,778,136 B2 | 8/2004 | Gronemeyer |
| 6,782,253 B1 | 8/2004 | Shteyn |
| RE38,600 E | 9/2004 | Mankovitz |
| 6,788,655 B1 | 9/2004 | Underbrink |
| 6,788,735 B2 | 9/2004 | Kohli |
| 6,799,094 B1 | 9/2004 | Vaida |
| 6,801,137 B2 | 10/2004 | Eggers |
| 6,806,814 B1 | 10/2004 | Iverson |
| 6,807,158 B2 | 10/2004 | Krishnamurthy |
| 6,809,659 B2 | 10/2004 | Flick |
| 6,812,824 B1 | 11/2004 | Goldinger |
| 6,813,487 B1 | 11/2004 | Trommelen |
| 6,813,498 B1 | 11/2004 | Durga |
| 6,819,919 B1 | 11/2004 | Tanaka |
| 6,826,460 B2 | 11/2004 | Kittell |
| 6,828,908 B2 | 12/2004 | Clark |
| 6,828,936 B2 | 12/2004 | Odashima |
| 6,829,221 B1 | 12/2004 | Winckles |
| 6,833,787 B1 | 12/2004 | Levi |
| 6,834,164 B1 | 12/2004 | Chan |
| 6,836,658 B1 | 12/2004 | Sharon |
| 6,839,542 B2 | 1/2005 | Sibecas |
| 6,844,845 B1 | 1/2005 | Whiteside |
| 6,847,822 B1 | 1/2005 | Dennison |
| 6,847,892 B2 | 1/2005 | Zhou |
| 6,850,497 B1 | 2/2005 | Sigler |
| 6,850,600 B1 | 2/2005 | Boeckman |
| 6,853,711 B2 | 2/2005 | Brisebois |
| 6,853,849 B1 | 2/2005 | Tognazini |
| 6,856,945 B2 | 2/2005 | Thomas |
| 6,859,134 B1 | 2/2005 | Heiman |
| 6,859,171 B2 | 2/2005 | Durst |
| 6,859,172 B2 | 2/2005 | Powers |
| 6,859,687 B2 | 2/2005 | Obradovich |
| 6,868,270 B2 | 3/2005 | Dent |
| 6,868,386 B1 | 3/2005 | Henderson |
| 6,871,215 B2 | 3/2005 | Smith |
| 6,876,853 B2 | 4/2005 | Hokkanen |
| 6,882,837 B2 | 4/2005 | Fernandez |
| 6,885,846 B1 | 4/2005 | Panasik |
| 6,886,060 B1 | 4/2005 | Wang |
| 6,888,811 B2 | 5/2005 | Eaton |
| 6,889,135 B2 | 5/2005 | Curatolo |
| 6,891,811 B1 | 5/2005 | Smith |
| 6,903,681 B2 | 6/2005 | Faris |
| 6,904,270 B1 | 6/2005 | Chan |
| 6,915,208 B2 | 7/2005 | Garin |
| 6,917,644 B2 | 7/2005 | Cahn |
| 6,920,124 B1 | 7/2005 | Lappe |
| 6,920,322 B1 | 7/2005 | Ikeda |
| 6,922,616 B2 | 7/2005 | Obradovich |
| 6,924,748 B2 | 8/2005 | Obradovich et al. |
| 6,928,468 B2 | 8/2005 | Leermakers |
| 6,931,055 B1 | 8/2005 | Underbrink |
| 6,931,232 B1 | 8/2005 | Wolcott |
| 6,931,233 B1 | 8/2005 | Tso |
| 6,933,840 B2 | 8/2005 | Cariffe |
| 6,933,846 B2 | 8/2005 | Moldavsky |
| 6,940,403 B2 | 9/2005 | Kail |
| 6,941,129 B2 | 9/2005 | Marce |
| 6,943,703 B2 | 9/2005 | Rubenstein |
| 6,947,398 B1 | 9/2005 | Ahmed |
| 6,950,013 B2 | 9/2005 | Scaman |
| RE38,838 E | 10/2005 | Taylor |
| 6,952,181 B2 | 10/2005 | Karr |
| 6,952,440 B1 | 10/2005 | Underbrink |
| 6,952,646 B2 | 10/2005 | Chang |
| 6,954,630 B2 | 10/2005 | Offer |
| 6,956,467 B1 | 10/2005 | Mercado |
| 6,957,107 B2 | 10/2005 | Rogers |
| 6,957,393 B2 | 10/2005 | Fano |
| 6,961,660 B2 | 11/2005 | Underbrink |
| 6,965,297 B1 | 11/2005 | Sandahl |
| 6,968,737 B2 | 11/2005 | Chen |
| 6,980,636 B2 | 12/2005 | Fleischer |
| 6,980,813 B2 | 12/2005 | Mohi |
| 6,983,146 B2 | 1/2006 | Spratt |
| 6,985,742 B1 | 1/2006 | Giniger |
| 6,985,746 B2 | 1/2006 | Gorsuch |
| 6,992,582 B2 | 1/2006 | Hill |
| 6,992,583 B2 | 1/2006 | Muramatsu |
| 6,998,959 B2 | 2/2006 | Lund |
| 6,999,716 B1 | 2/2006 | Andre |
| 6,999,779 B1 | 2/2006 | Hashimoto |
| 7,000,116 B2 | 2/2006 | Bates |
| 7,002,468 B2 | 2/2006 | Eveland |
| 7,002,516 B2 | 2/2006 | Gronemeyer |
| 7,003,278 B2 | 2/2006 | Beni |
| 7,003,322 B2 | 2/2006 | Judd |
| 7,006,835 B2 | 2/2006 | Otsuka |
| 7,009,555 B2 | 3/2006 | Tsujimoto |
| 7,010,308 B2 | 3/2006 | Hendrey |
| 7,020,103 B1 | 3/2006 | Refai |
| 7,020,104 B2 | 3/2006 | Bay |
| 7,020,217 B1 | 3/2006 | Parsons |
| 7,024,205 B1 | 4/2006 | Hose |
| 7,024,211 B1 | 4/2006 | Martin |
| 7,024,331 B2 | 4/2006 | Jones |
| 7,026,957 B2 | 4/2006 | Rubenstein |
| 7,027,773 B1 | 4/2006 | McMillin |
| 7,027,815 B2 | 4/2006 | Sendonaris |
| 7,031,272 B2 | 4/2006 | Campanella |
| 7,031,655 B2 | 4/2006 | Nomura |
| 7,031,711 B2 | 4/2006 | Soliman |
| 7,031,945 B1 | 4/2006 | Donner |
| 7,039,424 B2 | 5/2006 | Gorsuch |
| 7,040,538 B2 | 5/2006 | Patel |
| 7,043,204 B2 | 5/2006 | Reagor |
| 7,043,241 B1 | 5/2006 | Sladek |
| 7,043,270 B2 | 5/2006 | Judd |
| 7,046,120 B2 | 5/2006 | Lund |
| 7,047,024 B2 | 5/2006 | Shintai |
| 7,049,981 B2 | 5/2006 | Behr |
| 7,050,818 B2 | 5/2006 | Tendler |
| 7,053,824 B2 | 5/2006 | Abraham |
| 7,054,432 B2 | 5/2006 | Sabinson |
| 7,061,385 B2 | 6/2006 | Fong |
| 7,062,279 B2 | 6/2006 | Cedervall |
| 7,062,286 B2 | 6/2006 | Grivas |
| 7,062,362 B2 | 6/2006 | Obradovich |
| 7,062,778 B1 | 6/2006 | Pattersson |
| 7,065,886 B2 | 6/2006 | Segur |

**US 8,706,078 B2**

Page 8

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,068,994 B2 | 6/2006 | Van Camp |
| 7,069,018 B1 | 6/2006 | Granstam |
| 7,069,026 B2 | 6/2006 | McClure |
| 7,069,319 B2 | 6/2006 | Zellner |
| 7,076,257 B2 | 7/2006 | Kall |
| 7,079,551 B2 | 7/2006 | Shivnan |
| 7,080,402 B2 | 7/2006 | Bates |
| 7,085,555 B2 | 8/2006 | Zellner |
| 7,091,882 B2 | 8/2006 | Doyle |
| 7,092,367 B2 | 8/2006 | Kawai |
| 7,092,704 B2 | 8/2006 | Hosono |
| 7,104,851 B1 | 9/2006 | Gonring |
| 7,106,211 B2 | 9/2006 | Duvall |
| 7,107,038 B2 | 9/2006 | Fitch |
| 7,110,401 B2 | 9/2006 | Wada |
| 7,110,749 B2 | 9/2006 | Zellner |
| 7,110,772 B1 | 9/2006 | Wu |
| 7,110,773 B1 | 9/2006 | Wallace |
| 7,113,126 B2 | 9/2006 | Durst |
| 7,113,493 B1 | 9/2006 | Bush |
| 7,113,797 B2 | 9/2006 | Kelley |
| 7,113,864 B2 | 9/2006 | Smith |
| 7,116,704 B2 | 9/2006 | Norman |
| 7,116,911 B2 | 10/2006 | Bloom |
| 7,116,977 B1 | 10/2006 | Moton |
| 7,120,449 B1 | 10/2006 | Muhonen |
| 7,120,921 B1 | 10/2006 | Ito |
| 7,127,264 B2 | 10/2006 | Hronek |
| 7,130,290 B2 | 10/2006 | Wada |
| 7,130,396 B2 | 10/2006 | Rogers |
| 7,130,584 B2 | 10/2006 | Hirvonen |
| 7,130,630 B1 | 10/2006 | Enzmann |
| 7,133,685 B2 | 11/2006 | Hose |
| 7,136,473 B2 | 11/2006 | Gruchala |
| 7,136,474 B2 | 11/2006 | Shaffer |
| 7,139,557 B2 | 11/2006 | Tang |
| 7,139,582 B2 | 11/2006 | Couronne |
| 7,148,802 B2 | 12/2006 | Abbruscato |
| 7,151,768 B2 | 12/2006 | Preston |
| 7,155,340 B2 | 12/2006 | Churan |
| 7,161,622 B1 | 1/2007 | Oinoue |
| 7,162,199 B1 | 1/2007 | Glickstein |
| 7,162,454 B1 | 1/2007 | Donner |
| 7,167,454 B2 | 1/2007 | Caldwell |
| 7,167,553 B2 | 1/2007 | Shaffer |
| 7,170,445 B2 | 1/2007 | Thiel |
| 7,170,518 B1 | 1/2007 | Millington |
| 7,171,187 B2 | 1/2007 | Haave |
| 7,171,221 B1 | 1/2007 | Amin |
| 7,180,427 B2 | 2/2007 | Meyer |
| 7,180,873 B1 | 2/2007 | Monte |
| 7,181,160 B2 | 2/2007 | Barrett |
| 7,181,225 B1 | 2/2007 | Moton, Jr. |
| 7,181,228 B2 | 2/2007 | Boesch |
| RE39,526 E | 3/2007 | Hull |
| 7,196,621 B2 | 3/2007 | Kochis |
| 7,199,726 B2 | 4/2007 | Fomukong |
| 7,200,183 B2 | 4/2007 | Olson |
| 7,200,387 B1 | 4/2007 | Ephraim |
| 7,203,300 B2 | 4/2007 | Shaffer |
| 7,203,302 B2 | 4/2007 | Sabinson |
| 7,203,665 B2 | 4/2007 | Donner |
| 7,203,752 B2 | 4/2007 | Rice |
| 7,206,305 B2 | 4/2007 | Preston |
| 7,206,849 B1 | 4/2007 | Gernert |
| 7,236,797 B2 | 6/2007 | Kimoto et al. |
| 7,277,710 B2 | 10/2007 | Mikan et al. |
| 7,643,834 B2 | 1/2010 | Ioppe et al. |
| 7,970,415 B2 | 6/2011 | Mikan et al. |
| 8,023,958 B2 | 9/2011 | Wang et al. |
| 8,032,153 B2 | 10/2011 | Dupray et al. |
| 2001/0001763 A1 | 5/2001 | Ito |
| 2003/0101225 A1 | 5/2003 | Han et al. |
| 2006/0025158 A1 | 2/2006 | Leblanc et al. |
| 2006/0276201 A1* | 12/2006 | Dupray ...................... 455/456.1 |
| 2009/0098857 A1 | 4/2009 | De Atley |
| 2011/0244887 A1 | 10/2011 | Dupray et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 1046669 | 1/1979 |
| CA | 1087251 | 10/1980 |
| CA | 1172847 | 8/1984 |
| CA | 122693 | 9/1987 |
| CA | 1277400 | 12/1990 |
| DE | 918726 | 10/1954 |
| DE | 1462183 | 9/1969 |
| DE | 2105441 | 8/1971 |
| DE | 2157821 | 5/1973 |
| DE | 2706266 | 8/1977 |
| DE | 2715956 | 10/1978 |
| DE | 2840136 | 3/1980 |
| DE | 3013950 | 10/1981 |
| DE | 3128578 | 2/1983 |
| DE | 3142978 | 5/1983 |
| DE | 3227547 | 2/1984 |
| DE | 3322436 | 1/1985 |
| DE | 3329267 | 2/1985 |
| DE | 3419156 | 11/1985 |
| DE | 3513698 | 10/1986 |
| DE | 3516357 | 11/1986 |
| DE | 3621990 | 1/1987 |
| DE | 3528886 | 2/1987 |
| DE | 3716329 | 12/1988 |
| DE | 3932029 | 6/1990 |
| DE | 4002176 | 8/1990 |
| DE | 0201126 | 10/2002 |
| EP | 0748080 | 12/1996 |
| EP | 0782362 | 7/1997 |
| EP | 0813072 | 12/1997 |
| FR | 2185906 | 1/1974 |
| FR | 2248517 | 5/1975 |
| FR | 2268407 | 11/1975 |
| FR | 2341986 | 9/1977 |
| FR | 2347836 | 11/1977 |
| FR | 2460813 | 1/1981 |
| FR | 2487610 | 1/1982 |
| FR | 2541020 | 8/1984 |
| FR | 2541801 | 8/1984 |
| FR | 2554618 | 5/1985 |
| FR | 2596902 | 10/1987 |
| GB | 292182 | 6/1928 |
| GB | 553671 | 6/1943 |
| GB | 786041 | 11/1957 |
| GB | 1287304 | 8/1972 |
| GB | 1425894 | 2/1976 |
| GB | 1524946 | 9/1978 |
| GB | 1543910 | 4/1979 |
| GB | 2016770 | 9/1979 |
| GB | 2034995 | 6/1980 |
| GB | 2050767 | 1/1981 |
| GB | 1594931 | 8/1981 |
| GB | 2094089 | 9/1982 |
| GB | 2095516 | 9/1982 |
| GB | 2110851 | 6/1983 |
| GB | 2116807 | 9/1983 |
| GB | 2118000 | 10/1983 |
| GB | 2118002 | 10/1983 |
| GB | 2120507 | 11/1983 |
| GB | 2127643 | 4/1984 |
| GB | 2142143 | 1/1985 |
| GB | 2144565 | 3/1985 |
| GB | 2149616 | 6/1985 |
| GB | 2157131 | 10/1985 |
| GB | 2165127 | 4/1986 |
| GB | 2172775 | 9/1986 |
| GB | 2176639 | 12/1986 |
| GB | 2176970 | 1/1987 |
| GB | 2180425 | 3/1987 |
| GB | 2183966 | 6/1987 |
| GB | 2191054 | 12/1987 |
| GB | 2193861 | 2/1988 |
| GB | 2207787 | 2/1989 |

**US 8,706,078 B2**

Page 9

(56)                 **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2208985 | 4/1989 |
| GB | 2214739 | 9/1989 |
| GB | 2222340 | 2/1990 |
| GB | 2232553 | 12/1990 |
| JP | 3120995 | 5/1991 |
| JP | 5083189 | 4/1993 |
| JP | 6165246 | 6/1994 |
| JP | 6189359 | 7/1994 |
| JP | 6205116 | 7/1994 |
| JP | 7250132 | 9/1995 |
| JP | 8205229 | 8/1996 |
| JP | 9147291 | 6/1997 |
| KR | 19940004996 | 3/1994 |
| KR | 19960020082 | 6/1996 |
| KR | 1997001869 | 1/1997 |
| KR | 19970055833 | 7/1997 |
| KR | 19970055847 | 7/1997 |
| WO | 8001030 | 5/1980 |
| WO | 8112961 | 10/1981 |
| WO | 8806830 | 9/1988 |
| WO | 8904031 | 5/1989 |
| WO | 8912835 | 12/1989 |
| WO | 9013186 | 11/1990 |
| WO | 91 00658 | 1/1991 |
| WO | 9100660 | 1/1991 |
| WO | 91 07037 | 5/1991 |
| WO | 9107020 | 5/1991 |
| WO | 9107030 | 5/1991 |
| WO | 9107036 | 5/1991 |
| WO | 9108621 | 6/1991 |
| WO | 9305490 | 3/1993 |
| WO | WO9621332 | 7/1996 |
| WO | WO9625826 | 8/1996 |
| WO | WO98/00968 | 1/1998 |
| WO | WO98/00988 | 1/1998 |
| WO | WO9800988 | 1/1998 |
| WO | WO9808314 | 2/1998 |
| WO | WO9836603 | 8/1998 |
| WO | 01/31965 | 5/2001 |
| WO | 02/17567 | 2/2002 |

OTHER PUBLICATIONS

William G Toperzer; An Advanced Driver Information System Concept and Its Communications Considerations; Toperzer—An Advanced Driver Information.pdf; Position Location and Navigation Symposium, 1990. Record. apos;The 1990apos;s—A Decade of Excellence in the Navigation Sciencesapos;. IEEE Plans apos;90., IEEE, Volume , Issue , Mar. 20-23, 1990 pp. 364-369.
CJ Driscoll and Associates; Survey of Location Technologies to Support Mobile 9-1-1; Driscoll—Survey of Location Technologies. pdf; Survey Conducted for State of California Department of General Services Telecommunications Division, Sacramento, California and for the Association of Public Safety Communications Officials (APCO) July, 1994.
Office of Technology Assessment, U.S Congress; Wireless Technologies and the National Information Infrastructure; Wireless Technologies National Info Infrastructure.pdf OTA-ITC-622 GPO stock #052-003-01421—Sep. 1, 1995.
Boren, Jr., Bryant C., Defendants' Amended Invalidity Contentions, United States District Court Central District of California pleading, Jun. 25, 2012, pp. 1-167.
European Telecommunication Standard Institute, Service Requirements for a Mobile Location Service, Liaison Statement, Mar. 10-14, 1997, 4 pages, Madrid, Spain.
Ericsson, Meeting Summary prepared by Ericsson for T1P1.5, Mar. 10-15, 1997, 38 pages, Madrid, Spain.
Zelmer, Don, Response to SMG10 WB B's Liaison Statement on LCS, Apr. 30, 1999, 1 page.
Zelmer, Don, Liaison Statement from T1P1.5 to SMG1, LCS, Apr. 30, 1999, 3 pages.

Kingdon, Christopher, et al., Location Services and Architecture Proposal, GSM 02.xx Version 0.0.0., Ericsson, Apr. 1997, pp. 1-16.
Ehrlich, Ed, Location Services in GSM '98 to Mr. A. Cox, May 30, 1997, 1 page.
Motorola, Inc., Enhanced CAMEL Architecture for Emergency Calls and Location Service Support, Jun. 1997, 19 pages.
Kingdon, Christopher, et al., Location Services and Architecture Proposal (LCS); Service Description Stage 1 (GSM 02.xx) Version 0.0.1, Ericsson, Jul. 1997, pp. 1-18.
European Telecommunication Standard Institute, Digital cellular telecommunications system (Phase 2 +); Location Services (LCS); Service Description, Stage 1 (GSM 02.xx) Version 0.1.0, GSM Technical Specification, Jul. 1997, 20 pages, Valbonne, France.
European Telecommunication Standard Institute, Digital cellular telecommunications system (Phase 2 +); Location Services (LCS); Service Description, Stage 1 (GSM 02.xx) Version 0.1.1, GSM Technical Specification, Oct. 1997, pp. 3-19, Valbonne, France.
Wang, Hugh, Cr against GSM 02.07 version 7.0.0, Digital cellular telecommunications system (Phase 2+); Mobile Stations (MS) Features (GSM 02.07 version 7.0.0 Release 1998), ETSI, Jul. 27, 1999, 26 pages, Valbonne, France.
Hasting, John, Recommended GPS Changes to Contribution 187R3, Aug. 6, 1999, 35 pages.
T1P1.5 PCS 1900 Working Group, Meeting Summary, Sep. 13-16, 1999, 4 pages, King of Prussia, Pennsylvania.
Kingdon, Christopher, Comments on LCS Stage 1, Oct. 6, 1997, 2 pages.
Roel-Ng, Maya, Functional Model fro GSM Location Services, Oct. 6, 1997, 3 pages.
Hayes, Stephen, Stage 2 Flows Associated with the Position Determination Function, Oct. 6, 1997, pp. 1-2.
Kingdon, Christopher, Stage 2 Flows for Network Based PDCF, Oct. 6, 1997, pp. 1-3.
T1P1 Location Services Subworking Group, Meeting Report, Oct. 7-8, 1997, 8 pages, Long Branch, New Jersey.
T1P1.5 PCS 1900 Working Group, Meeting Summary, Oct. 6-8, 1997, 1-12 pages, Long Branch, New Jersey.
GSM NA Data/API Sub Group, Stage 0 Requirements for PCS1900 Value Added Data Services, CP(97)004, Version 1.1, Oct. 9, 1997, pp. 1-20.
CELLNET/MCI, Location Determination Methodology, Oct. 6, 2010, 7 pages.
Doshi, Sonia, Comments on Location Services (LCS) Stage 1 Service Description, Oct. 1997, 2 pages.
Woinsky, Mel, Proposed Liaison to TIA on LCS, Oct. 8, 1997, 1 page.
Ehrlich, Ed, Proposed Liaison on LCS, Oct. 8, 1997, 1 page.
Ehrlich, Ed, Proposed Liaison to GSM-NA on LCS, Oct. 8, 1997, 1 page.
Motorola, Inc., Enhanced GSM Network Architecture for Location Services Support with Camel Compatibility, Dec. 1, 1997, pp. 1-23.
Hayes, Stephen, Stage 2 Flows Associated with the Position Determination Function, Dec. 1, 1997, pp. 1-2.
Kingdon, Christopher, et al., Stage 2 Flows for Network Based PDCF, Dec. 1, 1997, pp. 1-15.
Hayes, Stephen, et al., Comments on LCS Stage 0, Dec. 1, 1997, pp. 1-3.
Hayes, Stephen, Comments on LCS Stage 1, Dec. 1, 1997, 30 pages.
Hayes, Stephen, et al., Network Architecture for GSM Location Services, Dec. 1, 1997, pp. 1-17.
Lundqvist, Patrik, et al., Proposed Positioning Measurement Method, Dec. 2, 1997, 9 pages.
European Telecommunications Standards Institute, Location Services Stage 2 Functional Description Proposal, Dec. 2, 1997, pp. 1-13, San Ramon, California.
T1P1 Location Services Subworking Group, Meeting Summary, Dec. 2-3, 1997, 13 pages, San Ramon, California.
Ehrlich, Ed, Proposed Liaison to GSM-NA on LCS, Dec. 2-3, 1997, 1 page.
T1P1.5 Pcs 1900 Working Group, Meeting Summary, Dec. 1-4, 1997, 14 pages, San Ramon, California.
Harter, Andy, et al., A Distributed Location System for the Active Office, Nov. 1993, pp. 1-17, United Kingdom.

**US 8,706,078 B2**

Page 10

(56)        **References Cited**

OTHER PUBLICATIONS

Committee T1 Contribution T1P1/97-169 T1P1.2/97-084R1, Proposed ITU-T SG2 Question 13 Contribution on IMT-2000 Service Features Document (F.SFEA) to Align with US Service Needs, Oct. 6-9, 1997, 3 pages, Long Branch, New Jersey.
Weiser, Mark, Some Computer Science Issues in Ubiquitous Computing, Real World—Communications of the ACM, Jul. 1999, pp. 74-84, vol. 36, No. 7, Association for Computing Machinery.
Siemens Stromberg-Carlson, Realization of PCS 1900 Deltas, May 27, 1997, 6 pages.
European Telecommunication Standard, Digital Enhanced Cordless Telecommunications (DECT); Global System for Mobile Communications (GSM); Integrated Services Digital Network (ISDN); DECT Access to GSM via ISDN; General Description of Service Requirements, ETSI, Apr. 1997, 16 pages, Final Draft, Valbonne, France.
European Telecommunication Standard, Digital Cellular Telecommunication System (Phase 2+); Customised Applications for Mobile Network Enhanced Logic (CAMEL); Service Definition—Stage 1 (GSM 02.78 version 5.4.0), GSM Technical Specification, Jan. 1998, 30 pages, GSM 02.78 Version 5.4.0, ETSI, Valbonne, France.
European Telecommunication Standard, Digital Cellular Telecommunication System (Phase 2+); Multiple Subscriber Profile (MSP); Service Definition—Stage 1 (GSM 02.79), GSM Technical Specification, Jul. 1996, 13 pages, GSM 02.79 Version 5.0.0, ETSI, Valbonne, France.
European Telecommunication Standard, Digital Cellular Telecommunication System; Location Registration Procedures (GSM 03.12), GSM Technical Specification, Nov. 1996, 11 pages, GSM 03.12 Version 5.0.0, ETSI, Valbonne, France.
European Telecommunication Standard, Digital Cellular Telecommunication System (Phase 2+); Interworking Between a Public Land Mobile Network (PLMN) and a Packet Switched Public Data Network/Integrated Services Digital Network (PSPDN/ISDN) for the Support of Packet Switched Data Transmission Services (GSM 09.06), GSM Technical Specification, Jul. 1996, 23 pages, GSM 09.06 Version 5.0.0, ETSI, Valbonne, France.
Lin et al., Comparing the PCS Location Tracking Strategies, IEEE Transactions on Vehicular Technology, vol. 45, No. 1, Feb. 1996, pp. 144-121.
Lin, Determining the User Locations for Personal Communications Service Networks, IEEE Transactions on Vehicular Technology, vol. 43, No. 3, Aug. 1994, pp. 466-473.
Akylidiz et al., Dynamic Mobile User Location Update for Wireless PCS Networks, article, Wireless Networks 1 (1995), pp. 187-196.
Scapinakis et al., Studies of the Adoption and Use of Location and Communication Technologies by the Trucking Industry, California Partners for Advanced Transit and Highway (PATH), Published Jan. 1, 1991, pp. 1-19.
European Telecommunication Standard Institute, Operation and Supplementary Services, Release Note, Released by ETSI PT12, GSM 02.04-version 3.7.1, Feb. 1992, 21 pages.
European Telecommunication Standard Institute, Digital cellular Telecommunications System (Phase 2); Line Identification Supplementary Services—Stage 1, Second Edition, May 1996. 20 pages.
European Telecommunication Standard Institute, Digital cellular Telecommunications System (Phase 2+); Discontinuous Reception (DRX) in the GSM System, GSM Technical Specification, Version 5.0.0, Mar. 1996, 10 pages.
European Telecommunication Standard Institute, Digital cellular Telecommunications System (Phase 2+); Customized Applications for Mobile Network Enhanced Logic (CAMEL)—Stage 2 (GSM 03.78),1997, 85 pages.
European Telecommunication Standard Institute, European Digital cellular Telecommunications System (Phase 1) Mobile Radio Interface layer 3 Specification, Release Note, Released by ETSI/PT 12, Feb. 1992, 453 pages.
European Telecommunication Standard Institute, Digital cellular Telecommunications System (Phase 2); Mobile Radio Interface Layer 3 Specification, Eighth Edition, Apr. 1997, 468 page.

European Telelcommunication Standard Institute, Mobile Radio Interface Layer 3 Specification General Aspects, Release Note, Released by ETSI/PT 12, Feb. 1992, 26 pages.
European Telelcommunication Standard Institute, Digital cellular Telecommunications System (Phase 2+); Customized Applications for Mobile Network Enhanced Logic (CAMEL); CAMEL Application Part (CAP) Specification; GSM 09.78 version 5.1.0, 1997, 218 pages.
Mouly et al., The GSM System for Mobile Communications, A Comprehensive Overview of the European Digital Cellular System, book published by Palaiseau : Cell & Sys, cop. 1992.
Mehrotra, GSM System Engineering (Artech House Mobile Communications Series), Apr. 1997.
European Telelcommunication Standard Institute, Digital Cellular Telecommunications System (Phase 2+); Mobile Radio Interface Layer 3 Specification, GSM 04.08 Version 5.3.0, Jul. 1996.
Ananasso et al., Architecture and Network Issues in Satellite Systems for Personal Communications, International Journal of Satellite Communications, vol. 12, 33-44, Revised Nov. 12, 1993, 12 pages.
Bartko, Perceived Issues Associated with Military Use of Satellite Based Personal Communications Systems, IEEE 1995, 5 pages.
Telecommunications Industry Association, Mobile Station-base Station Compatibility Standard for Dual-mode Wideband Spread Spectrum Cellular System, book Published 1993 by Telecommunications Industry Association . . . In association with the Electronic Industry Association, Reproduced by Global Engineering Documents in Washington, D. C, 118 pages.
Leonhardt et al., Location Service in Mobile Computing Environments, Computer & Graphics, vol. 20, No. 5, pp. 627-632, 1996.
Rose, Minimizing the Average Cost of Paging and Registration: A Timer-Based Method, Wireless Networks 2 (1996), pp. 109-116.
Bar-Noy et al., Mobile Users: to Update or Not to Update?, Wireless Networks 1 (1995), Received Nov. 1994, pp. 175-185.
Lin, Mobility Management for Cellular Telephony Networks, IEEE winter 1996, pp. 65-73.
Navigation Dictionary, Second Edition, H.O. Pub. No. 220, Published by the U.S. naval Oceanographic Office under the authority of the Secretary of the Navy, Washington 1969.
Akyildiz et al., on Location Management for Personal Communications Networks, IEEE Communications Magazine, Sep. 1996, pp. 138-145.
Segal, On the Road, Not Out of Touch, Satellite Communications, Aug. 1996, pp. 39, 40 and 48.
Cosper, Pulling Out All the Stops Over the Long Haul, Satellite Communications, Aug. 1996, pp. 22, 23 and 25.
Want et al., An Overview of the ParcTab Ubiquitous Computing Experiment, IEEE Personal Communications, Dec. 1995, pp. 28-43.
Spreitzer et al., Providing Location Information in a Ubiquitous Computing Environment, 1993, pp. 270-283.
Schilit et al., The ParcTab Mobile Computing System, Palo Alto Research Center, Xerox Corporation, Proceedings Forth Workshop on Workstation Operating Systems, IEEE WWOS-IV, Oct. 1993, pp. 1-4.
Redl et al., An Introduction to GSM (Artech House Mobile Communication Series), book, published Feb. 1995, 22 total pages.
Mouly et al., The GSM System for Mobile Communications, book, published by Cell & Sys. in 1992.
Nanda et al., Third Generation Wireless Information Networks, Kluwer Academic Publishers in 1992.
Kaplan, Understanding GPS Principles and Applications, Mobile Communications Series, book, published by Artech House, Inc. in 1996.
Feuerstein et al., Wireless Personal Communications, book, published by Kluwer Academic Publishers in 1993 with a second printing in 1995.
Benantar et al., Access Control Systems: From Host-Centric to Network Centric Computing, IBM Systems Journal, vol. 35, No. 1, 1996, pp. 94-112.
French et al., A Comparison of IVHS Progress in the United States, Europe, and Japan, prepared by R.L. French & Associates, Approval Draft Issued Feb. 18, 1994, 216 pages.

# US 8,706,078 B2

Page 11

## (56) References Cited

### OTHER PUBLICATIONS

French et al., The Evolving Roles of Vehicular Navigation, Navigation: Journal of the Institute of Navigation, vol. 34, No. 3, Fall of 1987, printed in USA, 17 pages.

Commissioner Chong, Revision of the Commission's Riles to Ensure Compatibility with Enhanced 911 Emergency Calling Systems, Before the Federal Communications Commission in Washington D.C., Report and Order and Further Notice of Proposed Rulemaking, Released Jul. 26, 1996, 98 pages.

By the Commission, Before the Federal Communications Commission, in the Matter of Revision of the Commission's Rules to Ensure Compatibility with Enhanced 911 Emergency Calling Systems, Released Oct. 19, 1994, 53 pages.

Advisory Circular, Airworthiness Approval of Navigation or Flight Management Systems Integration Multiple Navigation Sensors, U.S. Department of Transportation, Federal Aviation Administration, Jun. 14, 1995, 50 total pages.

Advisory Circular, Airworthiness Approval of Navigation or Global Positioning System (GPS) Navigation Equipment for Use as a VFR and IFR Supplemental Navigation System, U.S. Department of Transportation, Federal Aviation Administration, May 25, 1994, 33 pages.

Advisory Circular, Airworthiness Approval of OMEGA/VLF Navigation Systems for Use in the U.S. National Airspace System (NAS) and Alaska, U.S. Department of Transportation, Federal Aviation Administration, Sep. 12, 1988, 30 pages.

FAA Historical Chronology, 1926-1996, 303 total pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix A Requirements for CDMA Service Options, May 7, 1992, 67 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix B CDMA Call Flow Examples, May 7, 1992, 8 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix C CDMA System Layering, May 7, 1992, 2 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix D CDMA Constants, May 7, 1992, 4 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix E CDMA Retrievable and Settable Parameters, May 7, 1992, 3 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, Appendix F Mobile Station database, May 7, 1992, 6 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, 1 General, 1.1 Terms and Numeric Information, May 7, 1992, 48 pages.

Defendant Nextel; Nextel of California, Inc., et al.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 1332MemoinsuppofDefsMSJforinvalidityinventorship102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Dec. 28, 2007.

Plaintiff Envoysys; Plaintiff Envoysys' Memorandum of Points and Authorities in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f); 206-P'soppotoMSJofunenforce&invalid102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.

Plaintiff Envoysys; Declaration of Mundi Fomukong in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 208-FomukongdeclinopptoMSJunenforce&invalid102f.pdf;   United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.

Plaintiff Envoysys; Declaration of Denzil Chesney in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 209-ChesneydeclinopptoMSJunenforce&invalid102f.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.

Defendant Nextel; Nextel of California, Inc., et al.'s Reply Brief in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f)For Incorrect Inventorship; 224-1NextelCAreplyMSJincorrectinventor102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Jan. 30, 2008.

United States District Court Central District of California; Court Order for Defendant/Counterclaimant Nextel of California, Inc., et al.'S Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 260-OrderreDefs'MSJInvalidity'unenforce102f.pdf; United States District Court Central District of California; Case No. Cv 06-5306-RSWL (SHx), Feb. 26, 2008.

Defendant Nextel; Nextel of California, Inc., et al's Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 138-2Def'smotionforinvalidityunder102and103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Dec. 28, 2007.

Plaintiff Envoysys; Plaintiff Envoysys' Memorandum of Points and Authorities in Opposition To Defendants Motion for Summary Judgment of Invalidity Under Section 102 and 103; 199-P'sopptoMSJifinvaliditysect102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL1 (SHx), filed Jan. 23, 2008.

Plaintiff Envoysys; Declaration of Christopher Rose, PHD in Opposition to Defendants Motion for Summary Judgment of Invalidity Under Section 102 and 103; 201-1RoseDeclinopptoMSJofinvalidity102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.

Defendant Nextel; Nextel of California, Inc., et al's Reply Brief in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 227-NextelCAreplyMSJinvalidity102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 30, 2008.

Defendant Nextel; Nextel of California, Inc., et al.'s Supplemental Briefing in Support of Summary Judgment Motions and Opposition; 268-Nextelsuppmemoresumjudg102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Mar. 13, 2008.

Plaintiff Envoysys; Plaintiff Envoysys'Supplemental Memorandum of Points and Authorities Re Pending Summary Judgement Motions; 269-PlaintiffssuppmemoreMSJs.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed march 13, 2008. Plaintiff Envoysys; Plaintiff Envoysys' Notice of Motion and Motion for Partial Summary.

Plaintiff Envoysys; Plaintiff Envoysys'Notice Of Motion and Motion For Partial Summary Judgement on Defendant'S Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 146-P'sMSJre102.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Dec. 28, 2007.

Defendant Nextel; Nextel of California, Inc., Et Al.'s Memorandum of Points and Authorities in Opposition to Envoysys' Motion for Partial Summary Judgment Re Invalidity Under Section 102; 197-NexteloppreparttialMSJkeinvaliditysect102.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 23, 2008.

Plaintiff Envoysys; Reply Brief in Support of Plaintiff Envoysys' Motion for Partial Summary Judgement on Defendant's Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 230-P'sreplypartialMSJ.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 30, 2008.

United States District Court Central District of California; Court Order on Motion for Summary Judgment of Invalidity under 35 USC 102 and 103; 286-orderresummaryjudgments.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Mar. 20, 2008.

Plaintiff Envoysys; Plaintiff Envoysys'[Corrected] Opening Claim Construction Brief 152correctclaimconstructionbrief.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Dec. 29, 2007.

Plaintiff Envoysys; Exhibit 3 to Declaration of Jeff Eichmann in Support of Plaintiff Envoysys' Opening Claim Construction Brief; 137-

US 8,706,078 B2

Page 12

(56)          **References Cited**

OTHER PUBLICATIONS

4(Exhibit3toClaimconstructionbrief).pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Dec. 28, 2007.

Defendant Nextel; Nextel of California, Inc., et al.'s Brief in Support of Defendants Proposed Claim Construction 195-1Nextelproposedciaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx). filed Jan. 23, 2008.

Plaintiff Enovsys; Plaintiff Enovsys'Reply Claim Construction Brief; 228-P'sreplyreclaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 30, 2008.

Defendant Nextel; Nextel of California, Inc., et al.'s Sur-Reply in Support of Defendants Proposed Claim Construction 238-1Nextelsurreplyreclmconst.pdf; United States District Court Central District of California; Case No.CV 06-5306-RSWL (SHx), filed Feb. 6, 2008.

United States District Court Central District of California; Court Order on Claim Construction 261-ClaimConstorder.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Feb. 26, 2008.

Defendants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, "Defendants"); Invalidity Contentions; served on Jun. 25, 2012 along with Appendices A-O and Exhibits 1-22; United States District Court Central District of California; Case No. 11-CV-05210-DDP (AGRx).

Kesdogan et al., Secure Location Information Management in Cellular Radio Systems, Proceedings of the 1995 IEEE Wireless Communication System Symposium, Nov. 27 and 28, 1995, pp. 1-7.

Leonhardt et al., Security Considerations for a Distributed Location Service, Department of Computing, Imperial Collage, Mar. 21, 1997, pp. 1-8.

Theimer et al., Personal Privacy for Mobile Users in Distributed Computing Environments that Support Location Sensitive Applications, initial application filing for U.S. Appl. No. 08/162,522, filed Dec. 3, 1993, pp. 1-129.

Carter et al., Using Cellular Telephones for Automatic Vehicle Tracking, Paper No. 28 presented at Land Navigation and Location for Mobile Applications, Sep. 9-11, 1985. pp. 1-10.

Spreitzer et al., Providing Location Information in a Ubiquitous Computing Environment, Xerox Palo Alto Research Center, Dec. 1993, pp. 1-14.

Jacobs et al., The Application of a Novel Two-Way Mobile Satellite Communications and Vehicle Tracking System to the Transportation Industry, IEEE Transactions on Vehicular Technology, vol. 40, No. 1, Feb. 1991, pp. 57-63.

Jurgen, Smart Cars and Highways Go Global, IEEE Spectrum article, May 1991, pp. 26-36.

Collier et al., Smart cars, Smart Highways, IEEE Spectrum article, Apr. 1994, pp. 27-33.

Mayhew, Role of Land Navigation in a Vehicular Hazard Warning System, Hughes Aircraft Company, IEEE 1994, pp. 502-511.

Ananasso, An Overview of Mobile Satellite Systems and their Evolution Towards Satellite Personal Communication Networks, article, Oct. 14, 1994, pp. 435-441.

Rappaport et al., Position Location Using Wireless Communications on Highways of the Future, IEEE Communications Magazine, Oct. 1996, pp. 33-41.

Stephens, Navigational System and Sub-Systems Evaluating Requirements, IEEE-IEE Vehicle Navigation & Information Systems Conference, Ottawa—VNIS 1993, pp. 221-226.

Caffery et al., Overview of Radiolocation in CDMA Cellular Systems, Georgia Institute of Technology, IEEE Communications Magazine, Apr. 1998, pp. 38-45.

Shaw et al., Cellular Communications—A Changing Environment from Basic Analog to Integrated Digital, Hughes Network Systems, pp. 403-412.

Tiedemann et al., The OmniTRACS Mobile Satellite Communications and Positioning System, Qualcomm, Inc., pp. 503-507.

Kazovsky et al., Future Telecommunication Networks: Major Trend Projections, IEEE Communications Magazine, Nov. 1998, pp. 122-127.

Ristenbatt, Communications and Signal Processing Lab, Department of Electrical Engineering & Computer Science, University of Michigan, article, pp. 949-955.

Benantar et al., Access Control Systems: From Host-Centric to Network-Centric Computing, IBM Systems Journal, vol. 35, No. 1, 1996, pp. 94-112.

Jain et al., A Caching Strategy to Reduce Network Impacts of PCS, IEEE Journal on Selected Areas in Communications, vol. 12, No. 8, Oct. 1994, pp. 1434-1444.

Want et al., The Active Badge Location System, Olivetti Research Ltd., Published in ACM on Information Systems (TOIS), vol. 10, Issue 1, Jan. 1992, pp. 91-102.

Leonhardt, An Integrated and Federated Location Service, Mobile Computing and its Applications, IEE Colloquium conference, Nov. 24, 1995, pp. 8/1-8/5.

Spreitzer et al., Architectural Consideration for Scalable, Secure, mobile Computing with Location Information, The 14th International Conference on Distributed Computing Systems, Jun. 21-24, 1994.

Skomal, Automatic Vehicle Locating Systems, Book published by Van Nostrand Reinhold Company, 1981.

Mehrotra, Cellular Radio: Analog and Digital Systems (The Artech House Mobile Communications Series), Boston: Artech House Publishers, 1994.

Balston, Cellular Radio Systems (The Artech House Mobile Communications), book published by Artech Print on Demand, Sep. 30, 1993.

La Porta et al., Challenges for Nomadic Computing: Mobility Management and Wireless Communications, Mobile Networks and Applications I, 1996, pp. 3-16.

T1P1/97-025 T1P1.2/97-003R1, Content of a Stage 1 Supplementary Service Description, pp. 1-6.

Ericsson, Inc., TR45.2 Contribution for SS7 Based A-Interface Position Tracking Procedure, 1997, pp. 1-7.

Shaw et al, Cellular Communication—A Changing Environment from Basic Analog to Integrated Digital, Hughes Network Systems, pp. 403-412.

European Telelcommunication Standard Institute, Digital cellular Telecommunications System (Phase 2+); Customized Applications for Mobile Network Enhanced Logic (CAMEL)—Stage 2 (GSM 03.78), Apr. 1997, 85 pages.

European Telelcommunication Standard Institute, Digital cellular Telecommunications System (Phase 2-F); Customized Applications for Mobile Network Enhanced Logic (CAMEL); Camel Application Part (CAP) Specification; GSM 09.78 version 5.1.0, Sep. 1997, 218 pages.

Telecommunications Industry Association, Mobile Station-base Station Compatibility Standard for Dual-mode Wideband Spread Spectrum Cellular System, book Published 1993 by Telecommunications Industry Association . . . In association with the Electronic Industry Association, Reproduced by Global Engineering Documents in Washington, D.C, Secured by TIA/EIA/95B, May 1995, 118 pages.

Kaplan, Understanding GPS Principles and Applications, Mobile Communications Series, book, published by Artech House, Inc. on Feb. 21, 1996, accessed Aug. 1, 2013, http://www.bdu.ac.inickr/uploads/Earth/GPS%20FULL%20All%20in%201.pdf.

French et al., The Evolving Roles of Vehicular Navigation, Navigation: Journal of the Institute of Navigation, vol. 34, No. 3, Fall of 1987, Received and printed in USA in Jun. 1987, 17 pages.

FAA Historical Chronology, 1926-1996, Printed Feb. 25, 2011, last accessed on Aug. 1, 2013, http://www.faa.gov/about/history/chronolog_history/, 303 total pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, 2 Requirements for Mobile Station Analog Operation, May 7, 1992, 2 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, 3 Requirements for Base Station Analog Operation, May 7, 1992, 2 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, 4 Requirements for Mobile Station Analog Options, May 7, 1992, 2 pages.

Proposed EIA/TIA Wideband Spread Spectrum Standard, 5 Requirements for Base Station Analog Options, May 7, 1992, 2 pages.

# US 8,706,078 B2

Page 13

## (56) References Cited

### OTHER PUBLICATIONS

Proposed EIA/TIA Wideband Spread Spectrum Standard, 6 Requirements for Mobile Station CDMA Operation, May 7, 1992, 240 pages.
Proposed EIA/TIA Wideband Spread Spectrum Standard, 7 Requirements for Base Station CDMA Operation, May 7, 1992, 182 pages.
Proposed EIA/TIA Interim Standard, Wideband Spread Spectrum Digital Cellular System Dual-Mode Mobile Station—Base Station Compatibility Standard, Apr. 21, 1992, 48 pages.
Defendant Nextel; Nextel of California, Inc., et al.'S Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f)For Incorrect Inventorship; 1332MemoinsuppofDef'sMSJforinvalidityinventorship102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Dec. 28, 2007.
Plaintiff Envosys; Plaintiff Envosys' Memorandum of Points and Authorities in Opposition to Defendants Motion for Summary Judgement of Unenforceanility and Invalidity Under 35 U.S.C. §102(f);206-P'soppto MSJofunenforce& Invalid102f.pdf; United States District Court of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.
Plaintiff Envosys; Declaration of Mundi Fomukong in Opposition to Defendants Motion for Summary Judgement of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 208-Fomukongdeclinoppto MSJunenforce&invalid102.pdf; United States District Court Central District of California; Case No. CV 06-536-RSWL (SHx), Filed Jan. 23, 2008.
Plaintiff Envosys; Declaration of Denzil Chesney in Opposition to Defendants Motion for Summary Judgement of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 209-CHesneydeclinoppto MSJuneforce&invalid102f.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Jan. 23, 2008.
Defendant Nextel; Nextel of California, Inc., et al.'S Reply Brief in Support of Motion for Summary Judgement of Enforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; District of California; Case No. Cv Jun. 5306-Rswl (SHx), Jan. 30, 2008.
Defendant Nextel; Nextel of California, Inc., et al.'S Memorandum of Points and Authorities In Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 138-2Def'smotionforinvalidityunder102and103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), Filed Dec. 28, 2007.
Plaintiff Envosys; Plaintiff Envosys' Memorandum of Points and Authorities in Opposition to Defendants Motion for Summary Judgment of Invalidity Under Section 102 and 103; 199-P'soppto MSJfinvaliditysect102&103.pdf United States District Court Central District of California; Case No. CV; Jun. 5306-RSWL (SHx), filed Jan. 23, 2008.
Defendant Nextel; Nextel of California, Inc., et al.'S Reply Brief in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §102 and 103; 227-NexteICAreplyMSJinvalidity102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 30, 2008.
Plaintiff Envosys; Plaintiff Envosys' Supplemental Memorandum of Points and Authorities Re Pending Summary Judgement Motions; 269-Plaintiff'ssuppmemoreMSJs.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed march 13, 2008.
Plaintiff Envosys; Plaintiff Envosys' Notice of Motion and Motion for Partial Summary Judgement on Defendant'S Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 146-P'sMSJre102.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Dec. 28, 2007.
Defendant Nextel; Nextel of California, Inc., et al.'S Memorandum of Points and Authorities In Opposition to Envosys' Motion for Partial Summary Judgment Re Invalidity Under Section 102; 197-NextelopprepartialMSJreinvaliditysect102.pdf United States Dis-

trict Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Jan. 23, 2008.
United States District Court Central District of California; Court Order on Motion for Summary Judgment of Invalidity under 35 USC 102 and 103; 286-orderresummaryjudgments.pdf United States District Court Central District of California; Case No. CV-06-5306-RSWL (SHx), filed Mar. 20, 2008.
Plaintiff Envosys; Plaintiff Envosys'[Corrected] Opening Claim Construction Brief 152-correctclaimconstructionbrief.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Dec. 29, 2007.
Defendant Nextel; Nextel of California, Inc., et al.'S Brief in Support of Defendant'S Proposed Claim Construction 195-1Nextelproposedclaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx). filed Jan. 23, 2008.
Defendant Nextel; Nextel of California, Inc., et al.'S Sur-Reply in Support of Defendant'S Proposed Claim Construction 238-1Nextelsurreplyreclmconst.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx), filed Feb. 6, 2008.
Defendants AT&T Mobility Llc and AT&T Mobility II L (collectively, "Defendants"); Invalidity Contentions; served on Jun. 25, 2012 along with Appendices A-O and Exhibits 1-22; United States District Court Central District of California; Case No. 11-CV-05210-Ddp (AGRx).
Carter et al., Using Cellular Telephones for Automatic Vehicle Tracking, Paper No. 28 presented at Land Navigation and Location for Mobile Applications, Sep. 9-11, 1985. Pages 1-10.
Stephens, Navigational System and Sub-Systems Evaluating Requirements, IEEE-IEE Vehicle Navigation & Information Systems Conference, Ottawa-VNIS 1993, pp. 221-226.
Benantar et al, Access Control Systems: From Host-Centric to Network-Centric Computing, IBM Systems Journal, vol. 35, No. 1, 1996, pp. 94-112.
La Porta et al, Challenges for Nomadic Computing: Mobility Management and Wireless Communications, Mobile Networks and Applications I, 1996, pp. 3-16.
Allan Kirson; ATIS—A Modular Approach; Kirson—ATIS—A Modular Approach.pdf; in: IEEE Plans '92 —Position Location and Navigation Symposium, Monterey, CA, Mar. 24-27, 1992, Record; (A93-10976 01-04), p. 528-533).
William G Toperzer; An Advanced Driver Information System Concept and Its Communications Considerations; Toperzer—An Advanced Driver Information.pdf; Position Location and Navigation Symposium, 1990. Record. apos; The 1990apos;s—A Decade of Excellence in the Navigation Sciencesapos;. IEEE Plans apos;90., IEEE, Volume, Issue, Mar. 20-23, 1990 pp. 369-369.
Defendant Nextel; Nextel of California, Inc., et al.'S Reply Brief in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f)for Incorrect Inventorship; 224-1NexteICAreplyMSJincorrectinventor102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).
United States District Court Central District of California; Court Order for Defendant/Countercliamant Nextel of California, Inc., et al.'S Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 260-OrderrefDefs'MSJInvalidity'unenforce102f.pdf;
Defendant Nextel; Nextel of California, Inc., et al.'S Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 138-2Defsmotionforinvalidityunder102and103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).
Defendant Nextel; Nextel of California, Inc., et al.'S Reply Brief in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 227-NexteICAreplyMSJinvalidity102&103.pdf United States District Court Central District of California; Case No. Cv Jun. 5306-Rswl (SHx).
Plaintiff Envosys; Plaintiff Envosys' Supplemental Memorandum of Points and Authorities Re Pending Summary Judgement Motions;

**US 8,706,078 B2**

Page 14

(56)          **References Cited**

OTHER PUBLICATIONS

269-PlaintiffssuppmemoreMSJs.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx). Plaintiff Envosys; Plaintiff Enovsys' Notice of Motion and Motion for Partial Summary Judgement on Defendant'S Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 146-P'sMSJre102.pdf EI.

Plaintiff Enovsys; Reply Brief in Support of Plaintiff Envosys' Motion for Partial Summary Judgement on Defendant'S Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 230-P'sreplypartialMSJ.pdf.

United States District Court Central District of California; Court Order on Motion for Summary Judgement of Invalidity under 35 USC 102 and 103; 286-orderresummaryjudgments.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx) Plaintiff Enovsys;.

Plaintiff Enovsys; Plaintiff Enovsys'[Corrected] Opening Claim Construction Brief 152-correctclaimconstructionbrief.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Enovsys; Exhibit 3 to Declaration of Jeff Eichmann in Support of Plaintiff Enovsys' Opening Claim Construction Brief; 137-4(Exhibit3toClaimonstructionbrief).pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'S Brief in Support of Defendant'S Proposed Claim Construction 195-1Nextelproposedclaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx) Plaintiff Enovsys.

United States District Court Central District of California Court Order on Claim Construction 261-ClaimConstorder.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Allan Kirson; ATIS—A Modular Approach; Kirson—A Modular Approach.pdf; In: IEEE Plans '92—Position Location and Navigation Symposium, Monterey, CA, Mar. 24-27, 1992, Record; (A93-10976 01-04), p. 528-533).

William G Toperzer; An Advanced Driver Information System Concept and Its Communications Considerations; Toperzer—An Advanced Driver Information.pdf; Position Location and Navigation Symposium, 1990. Record. apos;The 1990apos;s—A Decade of Excellence in the Navigation Sciencesapos;. IEEE PLANS apos;90., IEEE, Volume, Issue , Mar. 20-23, 1990 pp. 364-369.

CJ Driscoll and Associates; Survey of Location Technologies to Support Mobile 9-1-1; Driscoll—Survey of Location Technologies. pdf; Survey Conducted for State of California Department of General Services Telecommunications Division, Sacramento, California and for the Association of Public Safety Communications Officials (APCO) Jul. 1994.

Federal Communications Commission; In the Matter of Revision of the Commission's Rules to Ensure Compatibility With Enhanced 911 Emergency Calling Systems; FCC—In the Matter of Revision—1994.pdf; 9 F.C.C.R. 6170,9 FCC Rcd. 6170,3 Communications Reg. (P&F) 2193, 1994 WL 721857 (F.C.C.).

Federal Communications Commission; In the Matter of Revision of the Commission's Rules to Ensure Compatibility With Enhanced 911 Emergency Calling Systems; FCC—In the Matter of Revision—1996.pdf; Federal Communications Commission FCC 96-264.

Office of Technology Assessment, U.S Congress; Wireless Technologies and the National Information Infrastructure; Wireless Technologies National Info Infrastructure.pdf OTA-ITC-622 GPO stock #052-003-01421-1 Sep. 1995.

Kevin G. Hegebarth; ANI is the Key to Unlock Advanced Network Services; Hegebarth—ANI Is the Key.pdf Telephonu/Nov. 14, 1988.

Defendant Nextel; Nextel of California, Inc., et al.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f)for Incorrect Inventorship.

Plaintiff Envosys; Plaintiff Enovsys' Memorandum of Points and Authorities in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f); 206-P'soppotoMSJofunenforce&invalid102f.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Envosys; Declaration of Mundi Fomukong in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 208-Fomukongdeclinoppto MSJunenforce&invalid102f.pdf.

Plaintiff Envosys; Declaration of Denzil Chesney in Opposition to Defendants Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 209-Chesneydeclinoppto MSJunenforce&invalid102f.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'S Reply Brief in Support of Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f)for Incorrect Inventorship; 224-1NextelCAreplyMSJincorrectinventor102f.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

United States District Court Central District of California; Court Order for Defendant/Countercliamant Nextel of California, Inc., et al.'s Motion for Summary Judgment of Unenforceability and Invalidity Under 35 U.S.C. §102(f) for Incorrect Inventorship; 260-OrderreDefs'MSJInvalidity'unenforce102f.pdf.

Defendant Nextel; Nextel of California, Inc., et al.'s Memorandum of Points and Authorities in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 138-2Def'smotionforinvalidityunder102and103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Envosys; Plaintiff Enovsys' Memorandum of Points and Authorities in Opposition to Defendants Motion for Summary Judgment of Invalidity Under Section 102 and 103; 199-P'soppotoMSJfinvaliditysect102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Envosys; Declaration of Christopher Rose, PHD in Opposition to Defendants Motion for Summary Judgment of Invalidity Under Section 102 and 103; 201-1RoseDeclinopptoMSJofinvalidity102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'s Reply Brief in Support of Motion for Summary Judgment of Invalidity Under 35 U.S.C. §§102 and 103; 227-NextelCAreplyMSJinvalidity102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'s Supplemental Briefing in Support of Summary Judgment Motions and Opposition; 268-Nextelsuppmemoresumjudg102&103.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Envosys; Plaintiff Enovsys'Supplemental Memorandum of Points and Authorities Re Pending Summary Judgement Motions; 269-PlaintiffssuppnnemoreMSJs.pdf United States District Court Central District of California; Case No. CV 06-5306-R (SHx).

Plaintiff Envosys; Plaintiff Enovsys' Notice of Motion and Motion for Partial Summary Judgement on Defendants Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 146-P'sMSJre102.pdf.

Defendant Nextel; Nextel of California, Inc., et al.'s Memorandum of Points and Authorities in Opposition to Enovsys' Motion for Partial Summary Judgment Re Invalidity Under Section 102; 197-NextelopprepartialMSJreinvaliditysect102.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Envosys; Reply Brief in Support of Plaintiff Enovsys' Motion for Partial Summary Judgement on Defendants Affirmative Defense and Counterclaim That the Patents-In-Suit Are Invalid Under Section 102; 230-P'sreplypartialMSJ.pdf

United States District Court Central District of California; Court Order on Motion for Summary Judgement of Invalidity under 35

**US 8,706,078 B2**

Page 15

(56)           **References Cited**

OTHER PUBLICATIONS

USC 102 and 103; 286-orderresummaryjudgments.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Enovsys; Plaintiff Enovsys'[Corrected] Opening Claim Construction Brief 152-correctclaimconstructionbrief.pdf; United States District Court Central District of California; Case No. CV 06-5306-RDs (SHx).

Plaintiff Enovsys; Exhibit 3 to Declaration of Jeff Eichmann in Support of Plaintiff Enovsys' Opening Claim Construction Brief; 137-4(Exhibit3toClaimconstructionbrief).pdf; United States District Court Central District of California; Case No. CV 5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'S Brief in Support of Defendant'S Proposed Claim Construction 195-1Nextelproposedclaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Plaintiff Enovsys; Plaintiff Enovsys's Reply Claim Construction Brief; 228-P'sreplyreclaimconstruction.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

Defendant Nextel; Nextel of California, Inc., et al.'s Sur-Reply in Support of Defendant'S Proposed Claim Construction 238-1Nextelsurreplyreclmconst.pdf; United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

United States District Court Central District of California; Court Order on Claim Construction 261-ClaimConstorder.pdf United States District Court Central District of California; Case No. CV 06-5306-RSWL (SHx).

\* cited by examiner



FIG. 1



FIG. 2

U.S. Patent        Apr. 22, 2014        Sheet 3 of 4        US 8,706,078 B2



FIG. 3

**U.S. Patent**          Apr. 22, 2014          Sheet 4 of 4          US 8,706,078 B2



FIG. 4

US 8,706,078 B2

**1**

## LOCATION REPORTING SATELLITE PAGING SYSTEM WITH PRIVACY FEATURE

### RELATED APPLICATION INFORMATION

This application is a continuation of U.S. application Ser. No. 10/414,348, filed Apr. 15, 2003. Application Ser. No. 10/414,348 is a continuation of U.S. application Ser. No. 09/265,236 filed Mar. 8, 1999 and issued as U.S. Pat. No. 6,560,461. Application Ser. No. 09/265,236 is a continuation-in-part of U.S. application Ser. No. 08/905,674, filed Aug. 4, 1997 and issued as U.S. Pat. No. 5,918,159. Each of these applications is incorporated by reference.

This application is related to the following applications, all of which claim priority from application Ser. No. 10/414,348: 13/018,190 filed on Jan. 31, 2011; Ser. No. 11/933,276 filed on Oct. 31, 2007 and issued as U.S. Pat. No. 7,925,273; Ser. No. 12/426,263 filed on Apr. 19, 2009; Ser. No. 12/426,265 filed on Apr. 19, 2009; PCT Application No. 98/19270 filed on Sep. 16, 1998.

### NOTICE OF COPYRIGHTS AND TRADE DRESS

A portion of the disclosure of this patent document contains material which is subject to copyright protection. This patent document may show and/or describe matter which is or may become trade dress of the owner. The copyright and trade dress owner has no objection to the facsimile reproduction by anyone of the patent disclosure as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright and trade dress rights whatsoever.

### BACKGROUND

The field of the invention is telecommunication services and systems, specifically such services and systems that have the ability to locate a remote unit using a telecommunication network.

Today, portable mobile telecommunication devices such as cellular telephones, pagers and other handheld information receiving devices are utilized by a greater cross section of the population since they are relatively inexpensive to acquire. Normally information from a communication source is transmitted to a subscriber in possession of a handheld communication information receiving device at a remote global location. The caller or source of information dials a number and a communication channel is set up for communication with a remote receiving unit such as a handheld communication device. Currently there is no infrastructure in place whereby a caller may request the location of the remote receiving unit from the network. The caller or communication source cannot determine where a message is sent.

### SUMMARY OF THE INVENTION

The present invention is directed to a communication system using a network of signal transmitting and receiving units and remote receiving units. Information about the location of the remote receiving units is employed by the system.

In a first separate aspect of the present invention, a network of signal transmitting and receiving units and at least one positioning transmitter for transmitting positioning information communicate with a remote receiving unit. The remote receiving unit is capable of selectively providing secured and accessible remote receiving unit position information to the network of signal transmitting and receiving units.

**2**

In a second separate aspect of the present invention, the foregoing aspect further includes a terrestrial control station and terrestrial signal transmitting and receiving stations and/or satellite signal transmitting and receiving stations.

In a third separate aspect of the present invention, a network of signal transmitting and receiving units includes means for determining that the location of a remote receiving unit is requested. A means for locating the signal transmitting and receiving unit in the network which is able to communicate with the remote receiving unit is employed with a means for reporting the location of that unit.

In a fourth separate aspect of the present invention, the positioning information of a remote receiving unit is provided to a network of signal transmitting and receiving units with the information selectively secured by the remote receiving unit from inquiry to the network. The remote receiving unit may be capable of communication with at least one positioning transmitter and capable of two way communication with the network of signal transmitting and receiving units to disclose a global location to the network. The network may include satellite units and terrestrial units.

In a fifth separate aspect of the present invention, a method for divulging or blocking the location of a remote receiving unit associated with a network is contemplated. The method includes receiving authorization at the network to block or divulge the location from the remote receiving unit, receiving a request at the network for the location of a remote receiving unit, identifying the source of the request if required, transmitting the request and the identification of the source of the request by the network to the remote receiving unit for authorization and responding to the request according to the authorization. A sensory signal may be transmitted from the remote receiving unit until transmitting the positional information is successfully completed.

In a sixth separate aspect of the present invention, a method for updating a network of signal transmitting and receiving units about the positional information for a remote receiving unit includes providing positional information about the remote receiving unit to the remote receiving unit, comparing the positional information with pre-selected active areas stored in the remote receiving unit and generating a sensory signal at the remote receiving unit if the comparison is negative. The network may be updated with the positional information of the remote receiving unit.

In a seventh separate aspect of the present invention a method for transmitting a message to a remote receiving unit by a network of signal transmitting and receiving units includes configuring the message to include the addresses of at least selected signal transmitting and receiving units of the network and transmitting the message to a series of signal transmitting and receiving units of the network in series. The units with a selected address beams the message to the corresponding coverage areas. The message is then reconfigured to eliminate the address of the receiving signal transmitting and receiving unit before it is re-transmitted to a subsequent signal transmitting and receiving unit.

In an eighth separate aspect of the present invention, any of the foregoing aspects are contemplated to be combined.

Thus, it is an object of the present invention to provide an improved communication network. Other and further objects and advantages will appear hereafter.

### DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a global satellite paging network.

FIG. **2** shows a block diagram of the remote receiving unit, or pager.

3

FIG. **3** shows a flow chart illustrating the operation of a paging network control station each time a caller request for the global position of a remote receiving unit.

FIG. **4** is a flow chart illustrating the operation of a remote receiving unit when a global position is resolved in an attempt to determine if the remote receiving unit is out of their paging area.

### DETAILED DESCRIPTION

The present system will consist of satellites [**2**] in space, communicating with earth based stations [**4**] and the remote receiving unit [**8**] which may variously be referred to as a call receiver or pager. Ground based transmitters [**10**] will be employed to transmit pages to the remote receiving unit [**8**]. Terrestrial network control stations [**6**], will be employed to effectively control the activities of the entire global paging network. The system will be developed such that a remote receiving unit operating under an existing paging systems will work. Thus, a network of signal transmitting and receiving unit is developed.

Upon subscribing to a paging network a subscriber selects global areas (pre-selected paging areas) where they wish to receive paging messages. The pre-selected areas, pager ID, paging protocol and other relevant information of the remote receiving unit are stored in the data library of a paging control station [**6**] for all pagers utilizing the paging network. The remote receiving unit [**8**], will periodically resolve a global position from signals transmitted from satellites and earth based communication means. The resolved global position will be periodically utilized to update the network each time a user is out of their paging area or each time the paging network requests a remote receiving unit to disclose their global position. This will enable the paging network to know the exact global location of a remote receiving unit whenever the need arises. Messages received for a remote receiving unit are processed by the network and transmitted to the global or active area of the remote receiving unit.

To initiate a page, a caller or communication source may use any regular communication device such as a telephone, personal computer to access the paging network. The caller may add specific codes to a paging message to enable the paging network to disclose the global position of the remote receiving unit after the message is transmitted. The caller's message is firstly processed by the local telephone switching office [**9**] before transmission to the paging control station [**6**]. The paging control station [**6**] will be employed to control all the activities of the network. Upon receiving a paging message, a paging control station decodes the message for relevant information such as pager ID and determines if a caller requires the global position of the pager. Other relevant information such as the paging protocol of the remote receiving unit, pre-selected or preferred worldwide areas to receive pages and the current active area of the remote receiving unit are retrieved from the paging control station's data library. The paging control station [**6**] validates the current active area of the remote receiving unit with the pre-selected areas to receive pages. If the current active area of the remote receiving unit is valid and within a pre-defined time interval the message is transmitted to the remote receiving unit. If the current active area is invalid (remote receiving unit is out of pre-selected paging area) the message is not transmitted to the remote receiving unit and the caller is notified. In instances where the current active area of the remote receiving unit is valid but the remote receiving unit has not updated the network with its current position over a pre-defined time period, the paging control station will encode the message such that

4

a request will be placed for the remote receiving unit to update its current active global position. As each subscriber of the paging network can only travel a limited distance by air, land or sea within a pre-defined time interval, the paging network, based upon when a remote receiving unit last updated their global location will select appropriate earth based stations and space satellites to transmit the message to the remote receiving unit at specified worldwide locations. The remote receiving unit upon receiving this signal will disclose their global location.

As a user travels from city to city or country to country, the remote receiving unit will periodically resolve a global position from signals transmitted from satellites and earth based communication means. This information will be utilized by the remote receiving unit or user in possession of the remote receiving unit to update the current active area held by the paging network for that remote receiving unit. Also, the remote receiving unit will store this information in its memory such that future resolved global positions could be validated against this information to ensure that the active area currently held and utilized by the paging network to transmit pages to the remote receiving unit is not outdated.

Once a control station determines where a message will be sent, the control station determines the best possible way to transmit the message. With a knowledge of the geographical distribution of all earth based satellite transmitters [**4**], ground base transmitter stations [**10**] and space satellites [**2**], the paging control station [**6**] will encode a message such that the sequence of transmission of the message will be included. The ID of all the ground stations or space satellites that will be employed in the message transmission chain will be encoded in a chronological order and the message will be routed to the first ground station. This station could be an earth station that transmits directly to satellite [**4**], or a ground based transmitter [**10**]. For example, after a paging control station encodes a message and determines which stations (earth or satellite) should transmit the message, the message is routed to the first earth station. The first earth station could either transmit the message directly to satellite or beam the message to their coverage area. Subsequent stations that receive the message decode the message and determine if other stations are required to transmit the message. If other stations are required to transmit the message the current station re-encodes the message so as to eliminate itself from the message transmission chain before retransmitting the message to the next station. By re-encoding the message an earth station or satellite station will prevent subsequent stations involved in the message transmission chain to retransmit the message back to that station. If an earth station or satellite determines it is required to broadcast a message, the message is beamed to the area covered by that station. The transmission chain continues until the last station broadcasts the message and acknowledges with a status signal which is sent back to the paging control station. Upon receiving this signal, the ground control station can alert the caller that the message was successfully sent. Therefore, with a knowledge of the geographical distribution of the paging network's earth and satellite transmitters, and a knowledge of the current active area of a remote receiving unit, a ground control paging station could effectively encode a caller's message to include all satellite and earth based stations that will be employed in the message transmission chain. This will eventually minimize the risk of a satellite or earth based transmitter from being overloaded.

Once a paging control station [**6**] receives a message from a caller, the control station, determines if the caller requested the global position of the remote receiving unit. The control station then verifies from its data library if the positioning

US 8,706,078 B2

5

disclosure feature for that remote receiving unit has not been blocked by the subscriber. Each remote receiving unit will have a special code whereby if identified in a caller's paging information, will allow the paging control station to disclose the remote receiving unit global position. If such a code is not detected in a callers message and the caller requested the global location of a remote receiving unit, the caller will be immediately notified that their request was not authorized by the subscriber using the remote receiving unit. A subscriber may change their positioning disclosure code at anytime and reveal such information only to individuals who could acquire information regarding their global whereabouts from the paging network. The paging network will only override the users request and disclose a subscribers global position only in an emergency circumstance. Also the network operation could be such that a network might disclose all locations whenever a call is placed to a subscriber and subscribers may opt not to have their location disclosed.

If the positioning disclosure feature is blocked for any call, a message is sent to the caller indicating that the subscriber does not wish their current global position disclosed. If the positioning disclosure feature is active, the control station retrieves the coordinates of the remote receiving unit global position and encodes that information before transmission to the caller. Such information may describe the latitude and longitude of the subscriber including a more simplified information such as the country, city or town were the message was sent. The steps carried out by the control station during this process are best illustrated in step **1**, FIG. **3**. In this illustration, the paging control station upon receiving a paging message decodes the message and checks if the message includes a request for the remote receiving unit global position. If such information is not required the message is processed normally. If the remote receiving unit global position is required and the positioning disclosure code is detected, the remote receiving unit positioning information is retrieved from the data bank of the paging control station. If the information retrieved from the paging control station's databank is unavailable or out of date, a request could be made that the remote receiving unit disclose its current position. If the control station establishes that the positioning disclosure feature is blocked for that message, the caller is immediately notified with the appropriate message. If the remote receiving unit positioning disclosure feature for the message in process is active, the positioning information of the remote receiving unit is processed and transmitted to the caller and the caller's message is processed for dispatch to the remote receiving unit as previously disclosed.

A communication source may request the unit to disclose its position to one or more communication targets. Upon receiving this signal the caller may be alerted and location information of the unit may be selectively or fully relayed to the respective communication targets. In instances where a communication source does not have direct access to obtain a subscriber's location from the communication network, the source may poll for the location of a remote unit by including specific information which when received by the remote receiving unit will reveal the identity of the source and a request for the location of the remote unit. The remote unit may either accept or decline to this request by transmitting specific information back to the paging network which will reveal or block the location to the caller.

In another scenario a remote unit may disclose location information to a communication target such as a remote computer or terminal via the network. In this situation a user selects or specifies the destination ID of the communication target, which may be a computer or terminal address. The

6

location of the remote unit is resolved and transmitted to the communication target via the network with the appropriate information if available. In a distress situation a subscriber may use this feature to alert the network with location and relevant distress information which when received by the network could enable the dispatch of an emergency team to that location. Other service industries may utilize the network to allow for certain types of information that are location dependent disclosed to their site. For instance a caller driving on a highway and in full view of an accident may simply disclose that information through the input panel and the appropriate authority could be notified of such an event happening at that location. In a rainy, foggy or highly congested traffic area a subscriber in possession of this unit may relay such an event to the appropriate authority. Furthermore, subscribers may use this feature at any time to log their locations at their home computer or any relevant Internet site by selecting or specifying the appropriate ID or address for location information dispatch.

For positioning, the remote receiving unit will be preprogrammed to periodically resolve a position from signals transmitted from satellites and earth based communication means. At least the remote receiving unit should have the means to provide the paging network with positioning information. Some of the satellites and earth based transmitters used to transmit paging information could be employed to transmit referenced positioning signals to the remote receiving unit. Alternatively the Global Positioning System well known in the art as GPS could also be utilized by the remote receiving unit to resolve a global position. However the remote receiving unit should have a means to resolve a global position from L-band signals transmitted from at least one satellite, depending on the resolving technique employed. GPS is currently being used to provide worldwide positioning information to mobile users around the globe. Such positioning information has an accuracy of about one hundred meters and could further be improved to an accuracy of five meters if referenced signals from ground based transmitters are utilized in the resolving process. A fully operational Global Positioning System includes up to 24 satellites dispersed around six circular orbits. The dispersion and inclination of the satellites is such that at least three or more satellites are readily visible from most parts on the earth surface. In a typical example, for a remote receiving unit to resolve a global position, the remote receiving unit need to solve for two variables of position, latitude and longitude. The satellites, equipped with atomic clocks act as a beacon and transmit signals that tell the remote receiving unit where it is and what time the signal was sent. From this information, a remote receiving unit can determine how far it is from the satellite by comparing the time sent with the time received and multiplying by the speed of light (distance=velocity*time). Since there is a bias between the GPS time and the user's time, a third variable time will be required. Having three satellites in view at any point in time, a remote receiving unit will be able to solve for latitude, longitude and time. For three dimensional positioning a fourth variable and satellite will be required. Upon resolving a global position the remote receiving unit could update the network with its present global location or the remote receiving unit could alert a user when they are out of their active or preselected global areas to receive pages.

The remote receiving unit (FIG. **2**) will receive messages transmitted from satellites and terrestrial based transmitters through the transceiver [**101**]. The connecting circuitry [**102**] of the remote receiving unit, controlled by the CPU [**108**], will route satellite based signals via **202** to the satellite receiv-

US 8,706,078 B2

7

ing means [103] and terrestrial based signals via 203 to the terrestrial receiving means [104]. The connecting circuitry may include a filter arrangement and a switch that will allow L-band or satellite frequencies to pass via 202 and terrestrial or Ultra High Frequencies to pass via 203. This signals could either be paging message signals or global positioning signals. Therefore depending on the pre-loaded protocols and initialization data, the CPU will drive the connecting circuitry [102], satellite receiving means [103], terrestrial receiving means [104] to scan and process specific frequencies.

Satellite signals are processed by the satellite receiving means [103]. This unit will process global positioning satellite signals and satellite message signals. The satellite receiving unit will include satellite signal amplifiers, mixers and filters that will convert the L band global positioning and message signals received from the connecting circuit [102] to an appropriate level for efficient processing by the decoding circuit [105]. The satellite receiving means circuitry is well known by any one well skilled in the art. The operation of this unit is controlled by the microprocessor or CPU [108] via 206.

The CPU determines the appropriate intermediate frequencies and output signals that will be generated by the satellite receiving unit [103]. This is based on the initialization parameters pre-loaded in the ROM [110] of the remote receiving unit. The CPU controls the satellite receiving unit via 206, and the output signals produced by the satellite receiving unit [103] are routed via 205 to the decoder [105] for intelligence extraction and error correction. Decoder [105] is controlled by the CPU [108] via 209. Transmission of data directly by Decoder [105] or Decoder [106] to the CPU input port via 210 is determined by the CPU. If the CPU determines satellite messages are of high priority Decoder [105] is signaled via 209 to transmit data directly to the CPU via 210 and Decoder [106] is signaled via 213 to temporary hold its data. Decoder [106] will store its data in the Temporary Store [107] via 211 for later retrieval by the CPU. If terrestrial based signals are of a higher priority Decoder [105] is signaled to temporary hold its data. Again each decoder could be equipped with a store eliminating the use of the Temporary Store [107]. If a decoder is not equipped with storage means, the decoder could download its data via 211 to the temporary data storage while the other decoder will transmit directly to the CPU via 210. If multiple decoders are required to decode multiple satellite and earth based signals (message and positioning signals), the CPU could again determine when each decoder should transmit it's data to the CPU's input port, with each decoder equipped with the appropriate storage means to temporarily hold its data until such transmit instruction is received from the CPU.

Terrestrial based signals will be processed by the terrestrial receiving means [104]. This UHF or VHF signals will be routed by the connecting circuitry [102] via 203 to the terrestrial receiver [104]. Again, the terrestrial receiving unit will include Ultra High Frequency (UHF) or Very High Frequency (VHF) amplifiers, filters and down converting circuitry to process the signal from 203 to an appropriate level for efficient processing by decoder [106]. Direct transmission of data from decoder 2 [106] to the CPU via 210 will be controlled by the CPU. The operation of this part of the receiver will be similar to the satellite receiving end. Therefore, the CPU [108] will control the operation of the connecting circuitry, the satellite and terrestrial receiving means. The CPU [108] will have the ability to determine exactly when a satellite or terrestrial message or positioning signal is received and processed.

8

Once the CPU completes processing data from a decoder [106,107], the CPU retrieves data from the temporary data storage [107] for processing. As previously stated multiple decoders could be employed. In this situation each decoder will have the ability to store or hold its data temporarily or use the temporary storage [107] until signaled by the CPU to transmit data directly via 210. Relevant communication links will be added to interface the newly added decoders to the CPU [108], satellite receiving unit [103], and the terrestrial receiving unit [104]. With this technique all message and positioning signals transmitted from either satellite or earth based communication means will be eventually decoded and processed by the CPU, with rarely any message being lost or corrupted in this process.

To conserve receiver power, the CPU could be preprogrammed so as to control the connecting circuitry [102], the satellite receiving module [103], and the terrestrial receiving module [104], to process positioning signals periodically. in this situation only paging messages (voice and alphanumeric) will be allowed to pass, while positioning information signals will be periodically blocked. If a paging message received requires the remote receiving unit to disclose its current global location, the CPU [108] upon detecting this request will allow the remote receiving unit to resolve a global position from satellite and earth based referenced signals before resuming operation normally.

If a decoded message received by the CPU via 210 is voice or alphanumeric, the CPU alerts the user either through the display [114], alert means [116] or audio means [111] as to the presence of a new message. Alphanumeric messages are displayed through the display while voice messages are routed to the digital to analog (D/A) converter [113], so that they are converted to their analog format by the D/A converter. The analog signal is amplified by the amplifier [112], and the amplified signal is used to drive the audio means [111] (speaker or earphone). The memory means [115] is used to store messages for future replay by the user. These messages are first compressed by the CPU before storage in memory. Prior to replay or redisplay the messages are decompressed.

Once a user subscribes to the global paging network, the remote receiving unit is initialized. Relevant data such as the paging protocols, frequencies, preferred paging locations and other relevant data are down loaded into the ROM [110] of the remote receiving unit. As the user travels from one global location to another, this information will be used by the CPU to control the actions of all modules of the remote receiving unit.

A remote receiving unit will have the ability to resolve a global position from signals transmitted from satellites and earth based communication means. Periodically, the remote receiving unit will resolve a global position from these signals and compare it to reference encoded global position coordinates pre-loaded in its ROM [110]. If the CPU [108] establishes that the current global position of the remote receiving unit is not within the user's preferred location to receive pages, the user is immediately alerted that they are out of their paging area and no paging messages will be received. If the remote receiving unit current active area to receive pages is not within the previously stored active areas, the user is alerted to update the paging network with their current active area. The network may also request the remote receiving unit for its current global position. If such a message is received the subscriber in possession of the remote receiving unit is notified that an update of the network is required. The remote receiving unit will scan for the strongest network communicating channel via transceiver [101]. If such a link is established, the remote receiving unit will automatically update the

US 8,706,078 B2

**9**

network with its current global positioning coordinates. In circumstances where the remote receiving unit does not find a suitable network channel for direct communication, the remote receiving unit will alert the user that no RF communicating channel was found for automatic update of its current global position. In this situation a user could update the network by calling in and disclosing their current global coordinates resolved by the remote receiving unit. If the user is required to update the network, the remote receiving unit will periodically alert the user to update the network until an input is received from the user through input panel [**109**] via **220** indicating that the action has taken place. The CPU [**108**] will store in its memory the current resolved global position of the remote receiving unit as the current active area of the remote receiving unit held by the paging network. This will enable the CPU to determine when an active area update of the paging network is required without waiting for the network to request for such information. The actions undertaken by the remote receiving unit during this processes are best illustrated in Step **2**, FIG. **4**. In this illustration, the remote receiving unit first resolves a global position. Such a request might have been initiated from the user through input panel [**109**], the paging network or from within the remote receiving unit CPU. Upon resolving a global position, the remote receiving unit validates this position with the pre-selected areas to receive pages usually stored in the ROM. If the pre-selected areas are valid, the remote receiving unit further checks if its current active area to receive pages is valid. If the remote receiving unit current active area to receive pages is valid, the CPU checks if the paging network requires the current global coordinates of the pager. If the network does not require the remote receiving unit to update its position, the remote receiving unit resumes operation normally. If the current active area of the remote receiving unit is invalid or the pre-selected area to receive pages is invalid or the network had requested for the remote receiving unit global location, the remote receiving unit searches for the strongest network communication channel to transmit its current global position. If such a channel is found the network is automatically updated. If no such channel is found the user is alerted to update the network with the current global coordinates resolved by the remote receiving unit.

At any point in time a subscriber could use the remote receiving unit or any relevant terrestrial communication device to activate or deactivate their positioning disclosure feature from the network. In the deactivated mode the network will not disclose a subscriber's global location to a caller requesting that information. A user may override the periodic global positioning resolving feature of the remote receiving unit to obtain a current global position through the input panel [**109**] at any time. Once the CPU [**108**] resolves and makes this information available to the user, the terrestrial receiving means [**104**], satellite receiving means [**103**] and the connecting circuit [**102**] will be signaled to resume operation normally. With the aid of the input panel [**109**] and the display [**114**] relevant information such as current active paging area, pre-selected areas, and the remote receiving unit current global position will always be made available to a user such that an update of the paging network could be done by a user in possession of the remote receiving unit at any point in time and at any global location without a request from the network.

It is claimed:

**1**. A method for limiting access to a current location information for a mobile remote unit comprising:

**10**

receiving, from a source, a request to provide a current location for the mobile remote unit connected to and a part of a communication system;

the communications system verifying, after receipt of the request, that an authorization code supplied by the source is the authorization code required from the source to receive the current location of the mobile remote unit;

the communications system determining, after receipt of the request and the authorization code supplied by the source, whether a positioning disclosure feature for the mobile remote unit is either active or blocked by an operator of the mobile remote unit; and

the communications system denying access to the current location of the mobile remote unit to the source when the source has supplied the authorization code required to receive the current location and after determining that the positioning disclosure feature is blocked.

**2**. The method of claim **1** further comprising:

determining whether the request indicates that the request is being issued in an emergency circumstance; and

providing the current location information for the mobile remote unit to the source if the request is issued in the emergency circumstance.

**3**. The method of claim **1** further comprising:

determining that the current location information stored on the communication system is recent; and

denying access to the current location information for the mobile remote unit from the communication system in response to the request if the source has supplied the authorization code required to receive the current location and the positioning disclosure feature is blocked.

**4**. The method of claim **1** further comprising:

determining that the current location information stored on the communication system is out of date;

requesting updated current location information from the mobile remote unit;

receiving updated current location information from the mobile remote unit; and

updating the current location information to include the updated current location information.

**5**. The method of claim **4** further comprising periodically requesting an update on the current location information for the mobile remote unit.

**6**. The method of claim **1** wherein a current status of the positioning disclosure feature is not available to the source before submission of the request and wherein the positioning disclosure feature is set in response to instructions received from the mobile remote unit.

**7**. The method of claim **1** wherein the source has not provided the authorization code required to receive the current location of the mobile remote unit when authorization required to receive the current location cannot be confirmed using the authorization code supplied by the source.

**8**. The method of claim **1** wherein transmission of the current location from the mobile remote unit to a network is not disabled when the source has not provided the authorization code required to receive the current location.

**9**. The method of claim **1** wherein the mobile remote unit provides the current location to a network regardless of whether the positioning disclosure feature is blocked.

**10**. The method of claim **1** wherein one or more component at the communication system includes a control unit and/or the mobile remote unit.

**11**. The method of claim **1** wherein the authorization code supplied by the source is the authorization code required from the source to receive the current location of more than one mobile remote unit.

US 8,706,078 B2

**11**

**12**. The method of claim **1** wherein the source is pre-authorized to submit the request for the location of the mobile remote unit after it has been determined that the source was previously authorized to submit the request.

**13**. The method of claim **1** wherein the current location is kept track of without interruption or continuously tracked by the communications system, but access to the current location is denied to the source when the positioning disclosure feature is blocked.

**14**. The method of claim **1** wherein the current location is resolved by a selected one of (1) the mobile remote unit and (2) a component of the communication system.

**15**. The method of claim **1** wherein data pertaining to the positioning disclosure feature is maintained on at least one of (1) the communication system and (2) the mobile remote unit.

**16**. The method of claim **1** wherein the mobile remote unit is capable of processing at least one of voice and alphanumeric messages.

**17**. A system for limiting access to a current location information for a mobile remote unit, the system comprising:

a network for receiving, from a source, a request to provide a current location information for a mobile remote unit connected to and a part of the network;

the network for verifying after receipt of the request that an authorization code supplied by the source is the authorization code required from the source to receive the current location of the mobile remote unit, determining, after receipt of the request and the authorization code supplied by the source, whether a positioning disclosure feature for the mobile remote unit is either active or blocked by an operator of the mobile remote unit, and denying access to the current location information of the mobile remote unit if the source has supplied the authorization code required to receive the current location and after determining the positioning disclosure feature is blocked.

**18**. The system of claim **17** wherein the control station is further for:

determining whether the request indicates that the request is being issued in an emergency circumstance; and

providing the current location information for the mobile remote unit to the source if the request is issued in the emergency circumstance.

**19**. The system of claim **17** wherein:

the control station is further for determining that the current location information stored on the network is recent; and

the network is further for transmitting the current location information for the mobile remote unit from the network to the source in response to the request if the source has supplied the authorization code required to receive the current location and the positioning disclosure feature is active.

**20**. The system of claim **17** wherein the control station is further for:

determining that the current location information stored on the network is out of date;

requesting updated current location information from the mobile remote unit;

receiving updated current location information from the mobile remote unit; and

updating the current location information to include the updated current location information.

**21**. The system of claim **20** wherein the control station is further for periodically requesting an update on the current location information for the mobile remote unit.

**22**. The system of claim **17** wherein a current status of the positioning disclosure feature is not available to the source before submission of the request and wherein the positioning disclosure feature is set in response to instructions received from the mobile remote unit.

**23**. The system of claim **17** wherein the source has not provided the authorization code required to receive the current location of the mobile remote unit when authorization required to receive the current location cannot be confirmed using an authorization code supplied by the source.

**24**. The system of claim **17** wherein the mobile remote unit provides the current location to a network regardless of whether the positioning disclosure feature is blocked.

**25**. The system of claim **17** wherein transmission of the current location from the mobile remote unit to the network is not disabled when the positioning disclosure feature is blocked.

**26**. The system of claim **17** wherein one or more component at the network includes a control unit and/or the mobile remote unit.

**27**. The system of claim **17** wherein the authorization code supplied by the source is the authorization code required from the source to receive the current location of more than one mobile remote unit.

**28**. The system of claim **17** wherein the source is pre-authorized to submit the request for the location of the mobile remote unit after it has been determined that the source was previously authorized to submit the request.

**29**. The system of claim **17** wherein the current location is kept track of without interruption or continuously tracked by the communications system, but access to the current location is denied to the source when the positioning disclosure feature is blocked.

**30**. The system of claim **17** wherein the current location is resolved by a selected one of (1) the mobile remote unit and (2) a component of the communication system.

**31**. The system of claim **17** wherein data pertaining to the positioning disclosure feature is maintained on at least one of (1) the communication system and (2) the mobile remote unit.

**32**. The system of claim **17** wherein the mobile remote unit is capable of processing at least one of voice and alphanumeric messages.

**33**. A method for limiting access to a current location information for a mobile remote unit comprising:

receiving, from a source, a request to provide a current location for a mobile remote unit connected to and a part of a communication system;

the communication system verifying, after receipt of the request, that an authorization code supplied by the source is the authorization code required from the source to receive the current location of the mobile remote unit;

the communication system determining, after receipt of the request and after verifying that the authorization code supplied by the source is the authorization code required from the source to receive the current location of the mobile remote unit, whether a positioning disclosure feature of the mobile remote unit is either active or blocked by an operator of the mobile remote unit; and

the communication system denying access to the current location of the mobile remote unit to the source when the source has supplied the authorization code required to receive the current location and after determining the positioning disclosure feature is blocked.

**34**. A system for limiting access to a current location information for a mobile remote unit, the system comprising:

US 8,706,078 B2

13

14

a network for receiving, from a source, a request to provide a current location information for a mobile remote unit connected to the network;

the network for verifying after receipt of the request that an authorization code supplied by the source is the autho- 5 rization code required from the source to receive the current location of the mobile remote unit, determining, after receipt of the request and after verifying that the authorization code supplied by the source is the autho- rization code required from the source to receive the 10 current location of the mobile remote unit, whether a positioning disclosure feature for the mobile remote unit is either active or blocked by an operator of the mobile remote unit, and denying access to the current location information of the mobile remote unit if the source has 15 supplied the authorization code required to receive the current location and after determining the positioning disclosure feature is blocked.

* * * * *