# EXHIBIT E

# Verizon LBS/aGPS Service (4G location)

## Introduction



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# What is Verizon LBS/aGPS(4G location) service?

**Problem being addressed:**

Business owners want to periodically securely locate and track their devices. The asset or device needs to be located quickly and accurately given either environment, indoor or outdoor. Current capabilities provide limited accuracy or demand high battery and processing power.

**The Solution:**

Verizon LBS/aGPS (using SUPL - Secure User Plane Location) service offers commercial location-based services providing assistance to devices in acquiring it's location quickly and accurately using 4G SUPL platform.  The service is an alternate approach if 'coarse location' does not meet the business needs.

# Who is Interested?

- Existing customers wanting to add or update location solution to the device
- New customers wanting to offer location service embedded in the device



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# How does Verizon 4G location work?

When a device wants to locate it's positon, assistance is provided by Verizon Network to device during location search for faster time to fix and improve accuracy than un-assisted mode. Depending on the mode chosen by application/device, the final location fixes may be obtained form Verizon LBS servers in the network and provided to device or device itself can calculate fixes using assistance data from the network.



4G Location capabilities  – To augment existing standalone GPS solution, 3gpp Release 9 LTE standards adds commercial MS-assisted and MS-based aGPS, Observed Time Difference of Arrival (OTDOA), and Enhanced Cell ID solutions (using 4G SUPL).   OEMs can also use these and Hybrid (combination of methodology) to allow for better location for indoor and/or outdoor environments than standalone or legacy techniques (e.g. 3G-based, Cell ID, etc.).



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Why 4G location?  (standalone vs. assisted)

## Standalone GPS/GNSS (no assistance)

- Longer time to first fix (TTFF)
- No location at all if no visibility of GPS satellites (need at least 4)
- Can be less accurate – dependent on clear line-of-sight of satellites
- Demands high battery and processing power
- Legacy design - behind industry trends and standards

## Network Assisted (using 4G location)

- Provides faster time to first fix and accurate location
- Can obtain fix even with no visible satellites (indoors).
- Can use hybrid mode (network assistance + satellites)
- Provides more accurate location (can be within 10s of meters).
- Helps conserve battery power
- Provides road-mapping to build more robust solution using other location technologies being worked in standards (e.g., Sensors, Bluetooth, WiFi, etc).



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Positioning methods

| Positioning Methods | Time to Fix (seconds) (67th- 95th percentile) | Accuracy Error(meters) (67th-95th percentile) | Dependency |
|---|---|---|---|
| Standalone GPS | -Up to 500 seconds during cold start<br>- ~1 second when tracking | 25-110 | A GPS receiver and clear line of sight required |
| MS Based AGPS | 7.4-19.8 | 42-103 | A GPS receiver and Network required |
| MS Assisted GPS | 9.2-28.1 | 65-165 | A GPS receiver and Network required |
| OTDOA Only/ OTDOA + PRS Muting | 1.4-1.5 | 250-350/ 235-270 | Purely Network-based |
| ECID | 0.01-0.02 | 500-950 | Purely Network-based |
| CID* | 0.01-0.02 | Ave 1000m | Purely Network-based (aka Coarse Location) |

Coarse location (Cell ID - ave range of 1000meters) for M2M/IoT devices is available through ThingSpace API. For more, visit https://thingspace.verizon.com/develop/apis/location



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

5

# Currently available enabler/hardware platforms supporting Verizon architecture*

| Vendor | Module | Category | 4G Location Capabilities | Comments |
|---|---|---|---|---|
| Quectel (QCOM 9307-1) | EC21-V | Cat1 | aGPS, OTDOA, ECID, Cell ID | VoLTE (with e911) Supported |
| Quectel (QCOM 9307) | EC25-V | Cat4 | aGPS, OTDOA, ECID, Cell ID | VoLTE (with e911) Supported |
| Sierra Wireless (QCOM 9615) | MC7354 | Cat4 | aGPS, ECID, Cell ID | LTE/CDMA(fallback) supported |
| Sierra Wireless (QCOM 9230) | MC7455 | Cat6 | aGPS, OTDOA, ECID, Cell ID | LTE/CDMA(fallback) supported |
| QCOM 9206-based | | Cat-M1 | | In Progress |

*platforms continue to expand



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

6

# Location Based Service with Private Network

**Combined with Verizon's Private Network capability provides added security and can deliver a more robust location solution:**



**For Private Network Overview:**

https://www.Verizonwireless.com/biz/security/wireless-private-network-vpn/



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

7

# Integrate with MapQuest APIs

- The MapQuest APIs let you incorporate location-based functionality into your applications. The Industry-leading geospatial MapQuest platform includes the tools, resources and expertise needed to build rich and engaging solutions across Web, mobile Web, native mobile, and desktop interfaces.

**Use MapQuest APIs to build Geo-fencing around your device location:**

**Use MapQuest APIs to look-up address of your device location:**





**Other APIs: Static Map, Geocoding, Search Ahead, Traffic, for more visit:**

https://thingspace.verizon.com/develop/apis/mapquest/v1/index.html

https://developer.mapquest.com/

*platforms continue to expand



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Considerations and additional information

**To get more information on the Verizon LBS/aGPS (4G Location) service please contact Open Development Device Marketing at:**

verizonwireless-opendevelopment@verizonwireless.com

**The App developer/device OEM will need to ensure:**

- ✓ **Hardware solution is based Verizon approved Module or Chipset Architecture**
- ✓ **Device hardware has been certified or is being certified by Verizon Open Development Team**
- ✓ **Device is capable of supporting Verizon Private Network**

**For additional certification information:**

**LBS/aGPS (4G Location) Certification details (login required):**

https://odi-device.verizonwireless.com/Home/RetrieveDoc?docname=documentation.htm

**Additional Chipset/Modules are available at:**

https://opendevelopment.verizonwireless.com/device-showcase



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.

# Thank you.



Confidential and proprietary materials for authorized Verizon personnel and outside agencies only. Use, disclosure or distribution of this material is not permitted to any unauthorized persons or third parties except by written agreement.