# EXHIBIT G

Mundi Fomukong

October 03, 2001

▓▓,
Director, Data Distribution,
Verizon Wireless,
30 Independence Blvd., 5th Floor,.
Warren Township, NJ, 07059.

Dear Mr. Hirsh,

I am the Wireless Developer who met with you at the CTIA conference in the San Diego Convention Center on September 11, 2001. I did inquire about the possibility of providing wireless location technology to Verizon communication. At the time you indicated that Verizon was in search of lucrative wireless applications to provide to its customers and I mentioned that I will be forwarding to you, information concerning a wireless location service I had previously sent to ▓▓, the Managing Director of Vodafone, in June of 1999. The information I had sent to ▓▓ in the UK, included a copy of a patent – US No. 5918159, enclosed herein – for securely providing the location information of a mobile remote unit over a wireless network. At the time, ▓▓ office forwarded that information to staff members of Airtouch in San Francisco and Texas. There was some interest, but as the Wireless Internet Industry was at its incubation stage, no concrete action was taken. The industry has since changed and I do believe this could be the best time to move forward with the implementation of this service in the U.S.

Basically, our technology provides a way for securely providing the location information of a wireless subscriber in possession of a mobile remote unit to a pre-authorized caller in need of that information over the network. As privacy is important, a subscriber using our technology could accept or deny the provision of their location information to a pre-authorized caller, for a time, without stopping to feed other authorized network resources with mobile remote unit location information. Please note that, the prior art employs a technology that may limit access to mobile remote unit location information by having the mobile remote unit stop to feed the system with location information upon entry of a password at the mobile remote unit. The prior art is inefficient as all network services requiring the location of the mobile remote unit would be prevented from getting that information each time the mobile remote unit stops to provide its location to the network. This may result in financial losses for the industry. Our system solves the issue of privacy, while allowing a service provider to continue to generate revenue from other location services allowed by the subscriber, at the time. In view of the above, your company could generate tremendous income from providing location services to customers if our technology is utilized. For example, authorized friends of a Verizon customer may be charged a fee each time the location of the subscriber is disclosed by the system.

A continuation in part application of our patent - US No. 5918159 - is currently under review by the USPTO and worldwide protection, sought via the Patent Cooperation Treaty, is currently at the national phase. Patent protection has been sought for other technology, which we believe could prove essential in boosting consumer confidence when location services are fully launched by the industry. We remain open to discuss possible ways as to how we could proceed with this matter. Please note that all information provided herein is confidential.

Best Regards,



Mundi Fomukong

Case 2:21-cv-00315-JRG-RSP   Document 41-7   Filed 11/22/21   Page 5 of 8 PageID #:  995