UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>           Defendants. | Case No. 2:21-cv-00315-JRG-RSP |

**DEFENDANTS' REPLY REGARDING THEIR PARTIAL MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**

Defendants submit this reply regarding their partial motion to dismiss Plaintiff's original complaint (Dkt. 25). Plaintiff has filed an amended complaint (Dkt. 35) within the time period permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, without waiving their arguments, Defendants acknowledge that their partial motion to dismiss the original complaint is moot. Defendants will be filing a new partial motion to dismiss Plaintiff's amended complaint.

Dated: November 26, 2021

Respectfully submitted,

By: */s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center

       701 Fifth Avenue, Suite 6100
       Seattle, WA 98104-7043
       Phone: (206) 903-8800
       Fax: (206) 903-8820
       godfrey.geoff@dorsey.com
       kolter.erin@dorsey.com
       elysee.janelle@dorsey.com

       Melonie S. Jordan (*pro hac vice*)
       DORSEY & WHITNEY LLP
       Plaza Tower
       600 Anton Boulevard, Suite 2000
       Costa Mesa, CA 92626
       Phone: (714) 800-1400
       Fax: (714) 800-1499
       jordan.melonie@dorsey.com

       Michael E. Jones
       POTTER MINTON, P.C.
       110 North College Avenue, Suite 500
       Tyler, TX 75710
       Phone: (903) 597-8311
       Fax: (903) 593-0846
       mikejones@potterminton.com

       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey