IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENOVSYS LLC, | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:21-cv-00315-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. | § | |
| *et al*, | § | |
| | § | |
|     *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend the Caption, filed by Plaintiff Enovsys LLC. Dkt. No. 43. Plaintiff moves the Court for leave to amend the caption of the First Amended Complaint so that it accurately names all the parties.

After consideration, the motion is **DENIED** as unnecessary. The caption of the Complaint need not be amended by the Clerk every time parties are joined or dismissed. Cellco Partnership d/b/a Verizon Wireless (which clarified its name in its Answer) is the only current defendant, but the caption remains as shown above. If the case goes to trial, the documents provided to the jury will reflect only the name of the parties as then constituted.

**SIGNED this 29th day of November, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE