# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENOVSYS LLC, | § | |
| | § | |
| *Plaintiff*, | § | Case No. 2:21-cv-00315-JRG-RSP |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| VERIZON COMMUNICATIONS, INC. | § | |
| *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S NOTICE OF COMPLIANCE

Defendant Cellco Partnership d/b/a Verizon Wireless hereby notifies the Court that

pursuant to Paragraphs 1 and 3 of the proposed Discovery Order, it has served its initial and

additional disclosures on counsel for Plaintiffs via electronic mail on December 9, 2021.

Dated: December 9, 2021

Respectfully submitted,

By: */s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com

Melonie S. Jordan (*pro hac vice*)
DORSEY & WHITNEY LLP
Plaza Tower
600 Anton Boulevard, Suite 2000

Costa Mesa, CA 92626
Phone: (714) 800-1400
Fax: (714) 800-1499
jordan.melonie@dorsey.com

Michael E. Jones
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically in compliance with Local Rule CV-5(a) on December 9, 2021, which will send notification of such filing to all registered participants.

*/s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey