**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Enovsys LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>Verizon Communications, Inc., *et al*.,<br><br>                    Defendants. | Case No.: 2:21-cv-00315-JRG-RSP |

<u>**Joint Motion to Amend Docket Control Order**</u>

The parties respectfully move the Court to amend the Docket Control Order to adjust the

following deadlines:

| Current date | Proposed new date | Event |
|---|---|---|
| August 22, 2022 | August 29, 2022 | Deadline to Complete Expert Discovery, *except that Plaintiff has agreed to produce its experts for deposition on or before August 22, 2022* |
| August 11, 2022 | August 16, 2022 | Serve Disclosures for Rebuttal Expert Witnesses |
| July 21, 2022 | July 26, 2022 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| July 8, 2022 | July 18, 2022 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The parties request additional time for the above events to allow them to continue their

attempts to resolve certain discovery disputes, to complete ongoing discovery from third parties,

and to enable forthcoming discovery to be analyzed and incorporated into expert reports.

A proposed order is attached.

Date:  July 8, 2022                           Respectfully submitted,

                                             By: */s/ Jeff Eichmann*
                                                   John Jeffrey Eichmann (CA 227472)

(admitted in the Eastern District)
**EICHMANN, a professional corporation**
662 N. Sepulveda Blvd., Suite 300
Los Angeles, California 90049
310-237-9190 (tel.)
jeichmann@eichmann.com

Gregory P. Love
Texas Bar No. 24013060
**STECKER WAYNE CHERRY & LOVE**
107 East Main Street
Henderson, Texas 75652
903.212.4444
greg@swclaw.com

*Counsel for Plaintiff*


By:  */s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
Dylan Harlow (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com

Kevin P. Anderson
DUANE MORRIS LLP
595 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-5213
Facsimile: (202) 315-3169
KPAnderson@duanemorris.com

Holly E. Engelmann
Texas Bar No. 24040865
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7226

2

Facsimile: (214) 257-7201
hengelmann@duanemorris.com

Michael E. Jones
Shaun William Hassett
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

*Counsel for Defendant*

**Certificate of Service**

I certify this document is being served on counsel of record on the date listed above via the ECF
filing system.

*/s/ Jeff Eichmann*