# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>   *Plaintiff,*<br><br>v<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP.,<br><br>   *Defendants.* | CASE NO. 2:21-CV-00315-JRG-RSP |

## ORDER

Before the Court Plaintiff Enovsys LLC and Defendant Cellco Partnership d/b/a Verizon Wireless jointly notify the Court that the parties have reached a settlement and move to stay all deadlines. Dkt. No. 100. Having considered the motion and its joint nature, the motion is **GRANTED** and all pending deadlines are stayed until August 22, 2022, by which date the parties shall file dismissal papers with the Court.

**SIGNED this 29th day of July, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE