IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>VERIZON COMMUNICATIONS, INC. et al; §<br>    *Defendants*. § | CASE NO. 2:21-cv-00315-JRG-RSP |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Tuesday, July 26, 2022, between Plaintiff, ENOVSYS, LLC and Defendants, Cellco Partnership d/b/a Verizon Wireless, Inc. The mediation was successful.

Signed this 18th day of August 2022.

> */s/ David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas 75503
> Telephone: (903) 255-3250
> Facsimile: (903) 255-3265
> E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of August 2022. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

> */s/ David Folsom*
> David Folsom