# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>                Plaintiff,<br><br>    v<br><br>VERIZON COMMUNICATIONS, INC.,<br>VERIZON BUSINESS NETWORK<br>SERVICES, INC., VERIZON ENTERPRISE<br>SOLUTIONS, LLC, CELLCO PARTNERSHIP<br>D/B/A VERIZON WIRELESS, INC.,<br>VERIZON DATA SERVICES LLC, VERIZON<br>BUSINESS GLOBAL, LLC, and VERIZON<br>SERVICES CORP.,<br><br>                Defendant. | CASE NO. 2:21-CV-00315-JRG-RSP |

## SECOND JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Enovsys LLC and Defendant Cellco Partnership d/b/a Verizon Wireless ("Parties") have settled this matter between the parties.  The Parties have negotiated, and fully executed, the final settlement agreement.  The parties are in the process of performing the remaining steps recited in the settlement agreement, including payment and dismissal of this action.  Accordingly, the Parties jointly move the Court to further stay the above-captioned case, including any and all deadlines on the Court's Docket Control Order, for another thirty (30) days in which to implement the settlement and dismissal of this matter.

August 23, 2022

By: */s/ Jeff Eichmann, with permission by Michael E. Jones*
John Jeffrey Eichmann (CA 227472)
(admitted in the Eastern District)
EICHMANN, a professional corporation
662 N. Sepulveda Blvd., Suite 300
Los Angeles, California 90049
310-237-9190 (tel.)
jeichmann@eichmann.com

Gregory P. Love
Texas Bar No. 24013060
STECKER WAYNE CHERRY &
LOVE
107 East Main Street
Henderson, Texas 75652
903.212.4444
greg@swclaw.com

*Counsel for Plaintiff*

By: */s/ Geoffrey M. Godfrey, with permission by Michael E. Jones*
Geoffrey M. Godfrey
Erin Kolter (*pro hac vice*)
Janelle Luceria Elysee (*pro hac vice*)
Dylan Harlow (*pro hac vice*)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820
godfrey.geoff@dorsey.com
kolter.erin@dorsey.com
elysee.janelle@dorsey.com
harlow.dylan@dorsey.com

Kevin P. Anderson
DUANE MORRIS LLP
595 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-5213
Facsimile: (202) 315-3169
KPAnderson@duanemorris.com

Holly E. Engelmann
Texas Bar No. 24040865
DUANE MORRIS LLP
100 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 257-7226
Facsimile: (214) 257-7201
hengelmann@duanemorris.com

Michael E. Jones
Shaun W. Hassett
POTTER MINTON, P.C.
110 North College Avenue, Suite 500
Tyler, TX 75710
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

*Counsel for Defendant*

## **<u>CERTIFICATE OF CONFERENCE</u>**

Pursuant to Local Rule CV-7(h), counsel for Plaintiff and Defendant met and conferred

and this motion is being filed jointly by the parties.

*/s/ Michael E. Jones*
Michael E. Jones