UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENOVSYS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v | § § | CASE NO. 2:21-CV-00315-JRG-RSP |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, and VERIZON SERVICES CORP., | § § § § § § § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court Plaintiff Enovsys LLC and Defendant Cellco Partnership d/b/a Verizon Wireless jointly move to extend the stay of all deadlines. Dkt. No. 104. Having considered the motion and its joint nature, the motion is **GRANTED** and all pending deadlines are stayed until September 22, 2022, by which date the parties shall file dismissal papers with the Court.

**SIGNED this 24th day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE
